JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o STEVEN and LAURIE FRIEDEL

                  2008 Civ.

           Plaintiff,

      - against -                  FRCP RULE 7.1
                                       DISCLOSURE STATEMENT

H.O. PENN MACHINERY COMPANY, INC.

           Defendant.
------------------------------------------------------------X

      NOW comes plaintiff, ACE AMERICAN INSURANCE COMPANY a/s/o STEVEN and LAURIE FRIEDEL, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ. P, Rule 7.1.

      ACE LIMITED is the publicly traded parent company of ACE AMERICAN INSURANCE COMPANY. STEVEN and LAURIE FRIEDEL are individuals.

Dated: New York, New York
         March 20, 2008
         230-28

                                                             Casey & Barnett, LLC
                                                             Attorneys for ACE

                         By: _____
                                   Gregory G. Barnett (GGB-3751)
                                   317 Madison Avenue, 21st Floor
                                   New York, NY 10017
                                   (212) 286-0225