```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ACE AMERICAN INSURANCE CO., and            :          08 Civ. 2929 (SHS)
LAURIE FRIEDEL,

                                           :

               Plaintiffs,

                                           :

        -against-                                     ORDER

                                           :

H.O. PENN MACHINERY COMPANY, INC.,

                                           :

               Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that the next conference is scheduled for May 23,

2008, at 10:30 a.m.


Dated: New York, New York
        May 9, 2008


                                        SO ORDERED:


                                        _____
                                        Sidney H. Stein, U.S.D.J.