```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ACE AMERICAN INSURANCE COMPANY
a/s/o STEVEN and LAURIE FRIEDEL,

           Plaintiff,

  -against-

H.O. PENN MACHINERY COMPANY, INC.,

           Defendant.
------------------------------------------------------X

08-CV-02929 (SHS)

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE**

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY STIPULATED by the undersigned:

    1.    All parties consent, pursuant to 28 U.S.C. § 636(C) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
       May 16, 2008

*[signature]*
Casey & Barnett, LLC
Attorneys for Plaintiff
317 Madison Avenue, 21st Floor
New York, New York 10017
212.687.7410

*[signature]*
Lewis Johs Avallone Aviles, LLP
Attorney for Defendant, H.O. Penn Machinery Company, Inc
425 Broad Hollow Road, Suite 400
Melville, NY 11747
631.755.0101

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

So Ordered: 5/19/08
*[signature]*
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

For: Clerk U.S.D.C.S.D.N.Y.