UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY
a/s/o STEVEN and LAURIE FRIEDEL

                                           2008 Civ. 2929

                Plaintiff,

     - against -                         **RETURN OF SERVICE**

H.O. PENN MACHINERY COMPANY, INC.

                Defendant.
------------------------------------------------------------X

     Pursuant to Fed. R. Civ. P. Rule 4, the plaintiff hereby makes proof of service to the Court. The plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by Bruce Kustka declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Defendant H.O. Penn Machinery Company, Inc. on March 26, 2008.

Dated: New York, New York
       June 11, 2008
       230-28

                                            CASEY & BARNETT, LLC
                                            Attorneys for Plaintiff

                           By: _____
                                   Gregory G. Barnett (GGB-3751)
                                   317 Madison Avenue, 21st Floor
                                   New York, New York 10017
                                   (212) 286-0225

ACE AMERICAN INSURANCE COMPANY A/S/O STEVEN AND LAURIE FRIEDEL

Plaintiff(s)

- against -

H.O. PENN MACHINERY COMPANY, INC.

Defendant(s)

Index #: 08 CV 02929

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 230-28

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 26, 2008 at 12:41 PM at

660 UNION AVENUE
HOLTSVILLE, NY 11742

deponent served the within true copy of the SUMMONS & COMPLAINT on H.O. PENN MACHINERY COMPANY, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JOSEPHINE BENINCASE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 60 | 5'4 | 140 |
| GLASSES | | | | | |

Sworn to me on: April 1, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRUCE KUSTKA**

Docket #: 549463

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY A/S/O STEVEN AND LAURIE FRIEDEL | Index #: 08 CV 02929 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| H.O. PENN MACHINERY COMPANY, INC. | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 230-28 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 26, 2008 at 12:41 PM at

660 UNION AVENUE
HOLTSVILLE, NY 11742

deponent served the within true copy of the SUMMONS & COMPLAINT on H.O. PENN MACHINERY COMPANY, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JOSEPHINE BENINCASE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 60 | 5'4 | 140 |
| GLASSES | | | | | |

Sworn to me on: April 1, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRUCE KUSTKA**

Docket #: 549463