# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**

CHRISTOPHER M. SCHIERLOH

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel: (973) 993-5161
Fax: (973) 539-6409

June 16, 2008

Via Facsimile: (212) 805-7932

The Honorable Theodore H. Katz
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1660
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08
```

Re: *Ace American Insurance Company a/s/o Steven and Laurie Friedel v. H.O. Penn Machinery Company, Inc.*
2008 Civ. 2929 (SHS) (THK)
Our File: 230-28

Dear Honorable Judge:

We represent Plaintiff in the above captioned civil action and write to request leave of the Court to amend our Complaint. This action was mistakenly filed on behalf of the wrong subrogated underwriter. Our firm represents both Ace American Insurance Company ("ACE") and Insurance Company of North America ("INA"), who are both members of the Ace Group of Insurance Companies. However, the proper party in this action is INA, not ACE. We have brought this issue to the attention of Defendant's counsel and he has raised no objections to our request.

The Honorable Theodore H. Katz
June 16, 2008
Page 2 of 2

Accordingly, we respectfully request your Honor's permission to amend our Complaint to reflect the aforementioned. We thank the Court for its attention to this matter and look forward to its comments.

*Granted.*

Respectfully submitted,
**CASEY & BARNETT, LLC**

Gregory G. Barnett

GGB/crm

SO ORDERED: 6/16/08

_____
United States Magistrate Judge

cc: Jason T. Katz  631-755-0117
LEWIS JOHS AVALLONE AVILES, LLP
425 Broad Hollow Road
Melville, New York 11747-4712