UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INSURANCE COMPANY OF NORTH AMERICA
a/s/o STEVEN and LAURIE FRIEDEL,                               08-CV-02929 (SHS) (THK)

      Plaintiff,     **DEFENDANT'S INITIAL**
               **DISCLOSURES PURSUANT TO**
               **RULE 26(A)(1)**

   -against-

H.O. PENN MACHINERY COMPANY, INC.,

      Defendant.
-----------------------------------------------------------------X
H.O. PENN MACHINERY COMPANY, INC.,

      Third-Party Plaintiff,

   -against-

SUPERIOR SPECIALIZED SERVICES, INC.,

      Third-Party Defendant
-----------------------------------------------------------------X

    The defendant, H.O. PENN MACHINERY COMPANY, INC. (hereinafter "H.O.

PENN"), by its attorneys, LEWIS JOHS AVALLONE AVILES, LLP, hereby submits the

following initial disclosures pursuant to F.R.C.P. 26(a)(1):

    (A)  <u>The name and, if known, the address and telephone number of each</u>

<u>individual likely to have discoverable information relevant to disputed facts alleged with</u>

<u>particularity in the pleadings</u>....

    Upon information and belief, the defendant, H.O. Penn, claims that the following

individuals may be in possession of discoverable information:

1.    Michael Mockler
2.    Mark Ostroff
3.    Bryan Nix
4.    Robert Ferrara
5.    Erik Abrahamsen
6.    Thomas Wilton

At the present time, all of the aforementioned individuals are currently employed by the defendant.

(B)    <u>A copy of, or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;</u>

Annexed hereto as Exhibit A and B are copies of all documents presently in the possession, custody and control of the defendant with respect to the complained of occurrence. Additionally, defendant is in possession of an O-ring and a bolt, and these items will be produced for inspection upon request.

(C)    <u>A computation of any category of damages claimed by the disclosing party.;</u>

Defendant is not in possession of any documents and/or information upon which any computation of damages could be made.

(D)    <u>Insurance coverage information:</u>

On the date of incident, defendant had a policy of insurance with Zurich North America ("Zurich"). Zurich, however, has disclaimed coverage and will, at the present time, neither defend nor indemnify the defendant in this matter. Correspondence from Zurich reflecting the foregoing is annexed hereto as Exhibit C.

The defendant reserves the right to amend and/or supplement the foregoing

Responses as discovery progresses and facts become known.

Dated: Melville, New York
June 27, 2008

LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
H.O. PENN MACHINERY COMPANY, INC.
425 Broad Hollow Road
Melville, New York 11747
(631) 755-0101
By: _____
Jason T. Katz (4674)
LJAA File No.: 114-1076

TO:    CASEY & BARNETT, LLC
Attorneys for Plaintiff
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

Exh "A"

Exhibit A

## Job Closing Authorization

| | |
|---|---|
| Date Opened 7/21/06 | Customer Name HIV Cash Acct |
| Make AA | Model 340c |
| Serial Number 09W2.0083 | Hours |
| Person to Contact | |

Work Order # FMW403S

**Warranty:** YES    NO    (If yes, please fill out reverse side)

COD:    YES    NO    Is money collected?    YES    NO    Initial _____

Deductible:    YES    NO    Is money collected?    YES    NO    Initial _____

Notes to be added: _____

_____

Special Message to: _____

_____

Change entire Customer # to: _____

Change segment # _____ to Customer # _____ Add P.O. # _____

Other Changes _____

### Mechanic and/or Foreman - please place your initials in space provided

Initials

_____ 1   Is the correct **service meter units** reading **recorded** on the Job Closing Summary    Yes    No
(If truck has a hubometer record it also)?

### Mechanic - please place your initials in the spaces provided

_____ 1   Are **model** and **serial numbers correct** on Job and Service Reports?    Yes    No

_____ 2.   Is there a **Service Report** to cover **each repair** adequately (**Complaint, cause, correction**)?    Yes    No

_____ 3.   Do the Service Reports **justify** all **parts used**?    Yes    No

_____ 4   Have all **Parts Credits** and Remanufactured or Exchange **core credits** been **accounted** for?    Yes    No

_____ 5.   Have all **timecards** been **turned in**?    Yes    No

_____ 6   Is there a **Partners in Quality** suggestion?    Yes    No

Foreman / Leadman _____    Date Closed _____

Mechanic _____    Date Closed _____

# CATERPILLAR®

## SERVICE REPORT

ROUTING

01-084391-11 (3900)

**[1]**

| DEALER CODE | 3373 | STORE NO. | WORK ORDER | HV 44955 | SEG. | CUSTOMER NAME | |
|---|---|---|---|---|---|---|---|
| DATE | 8/25/06 | EMPLOYEE IDENTIFICATION | 5394 | | | EQUIPMENT LOCATION | |
| CATERPILLAR MODEL | 3406 E | SERIAL NO. | 9WR0833 | ☑ IF NON-CAT | INSTRUCTIONS: | | |
| HOURS | 655 | MILES | | KILOMETERS | | | |

| PART NUMBER RESPONSIBLE | ☑ IF NON-CAT | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | ☑ IF NON-CAT | GROUP NAME | ☑ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ | |
| | | | | | | | | ☐ | |
| | | | | | | | | ☐ | |

DESCRIPTION CODES •

A - Structural   C - Leaks   E - System Malfunction   G - General Repair   K - Serviceability   X -OPERATION
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustment   N - Abuse   COMPLAINT

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | • |
| | | | | | | | • |
| | | VEHICLE CONFIGURATION | | | | | • |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | • |

**WHAT WAS THE CUSTOMERS' COMPLAINT?**   Engine Overheat

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**   Cracked Head, Rusted Liners, Water pumps Bad

**HOW DID YOU REPAIR IT?**   Replaced Liners, piston Crowns piston Skirts, Rings, Conecting Rods Main, Thrust and Rod Bearings, Replaced Cyl head Replaced Injectors. Replaced Seawater and Fresh water pumps. Replaced all gaskets, and cleaned out heat Exchanger, Replaced all Zinc's and Fluids +Filters Ran engine every thing Ok

**CUSTOMER SIGNATURE**

**SERVICEMAN SIGNATURE**

E COPY OF THIS PAGE IS BEING SENT
O CATERPILLAR. COMPLETE FOLLOWING   DEALER

STORE



**CUSTOMER INVOICE**

# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y. 660 UNION AVENUE     631-758-7500 FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD     845-452-1200 FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET     860-666-8401 FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE     718-863-3800 FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD     845-733-6400 FAX 845-733-6499

SOLD TO                     SHIP TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0332344 | 08-31-06 | 01424 | STEVE | 02 | P | | 1 | 1 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | 2137164 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | 655.0 | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

REPAIR ENGINE

ENGINE OVERHEATED CRACKED CYLINDER HEAD,CYLINDER
LINERS RUSTED
REPLACE DAMAGED PARTS AND TEST RUN

| QUANTITY | ITEM | DESCRIPTION | *N/R | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6 | 0R-3780 | ROD A | N | 229.56 | 1377.36 |
| 6 | | CORE DEPOSIT | N | 228.53 | 1371.18 |
| 6- | | CORE RETURN | N | 228.53 | 1371.18- |
| 1 | 0R-7881 | PUMP GP WTR | N | 2052.50 | 2052.50 |
| 1 | | CORE DEPOSIT | N | 961.27 | 961.27 |
| 1- | | CORE RETURN | N | 961.27 | 961.27- |
| 2 | 1A-2029 | CAPSCREW | S | .25 | .50 |
| 1 | 1R-0716 | FILTER A | S | 18.92 | 18.92 |
| 1 | 1R-0749 | FILTER AS FU | S | 16.53 | 16.53 |
| 45 | 1U-5516 | DISC | S | 1.13 | 50.85 |
| 4 | 1U-6858 | SHEET | N | .84 | 3.36 |
| 2 | 1U-8846 | GASKET MAKER | S | 14.38 | 28.76 |
| 2 | 2A-4639 | CAP SCREW | S | .36 | .72 |
| 2 | 2N-0931 | GASKET | S | 1.40 | 2.80 |
| 16 | 2N-2766 | LOCK NUT | S | 3.53 | 56.48 |
| 6 | 2P-2817 | RING | S | 29.24 | 175.44 |
| 1 | 3K-0360 | SEAL | S | .69 | .69 |
| 4 | 3P-0649 | SEAL-O-RING | S | 12.44 | 49.76 |
| 1 | 3S-2093 | TIE | S | .12 | .12 |
| 1 | 3S-9643 | SEAL | S | 9.44 | 9.44 |
| 2 | 4J-5477 | SEAL O RING | S | .50 | 1.00 |
| 1 | 4N-1151 | GASKET | S | 16.13 | 16.13 |
| 1 | 4N-1156 | GASKET | S | 1.44 | 1.44 |

\* - NOT RETURNABLE         **CONT'D**

INVOICE WOHE0332344    CUSTOMER 01424

| PAY THIS AMOUNT | **CONT'D** |
|---|---|
| CREDIT AMOUNT | |

**PAYMENT TERMS:**
Parts.Service        Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator Sales       Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.

**CUSTOMER INVOICE**



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y.  660 UNION AVENUE     631-758-7500 FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD     845-452-1200 FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET     860-666-8401 FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE     718-863-3800 FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD     845-733-6400 FAX 845-733-6499

**SOLD TO**

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

**SHIP TO**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0332344 | 08-31-06 | 01424 | STEVE | 02 | P | | 1 | 2 |

| PSO/WO.NO. | DOC DATE | PC | LC | MC | | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | | 2137164 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | 655.0 | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | 4P-7581 | CLIP | S | 2.30 | 2.30 |
| 1 | 5B-9169 | PLUG | S | 10.16 | 10.16 |
| 1 | 5B-9651 | PLUG | S | 6.84 | 6.84 |
| 1 | 5H-2471 | CEMENT | S | 8.83 | 8.83 |
| 1 | 5K-5338 | CLIP | S | 3.33 | 3.33 |
| 14 | 5M-2894 | WASHER | S | .18 | 2.52 |
| 2 | 5M-3038 | SEAL O RING | S | 5.56 | 11.12 |
| 1 | 5P-5846 | SEAL O RING | S | 9.43 | 9.43 |
| 2 | 5P-7530 | SEAL O RING | S | 4.36 | 8.72 |
| 1 | 5P-8068 | SEAL | S | 8.85 | 8.85 |
| 1 | 6I-2517 | GASKET | S | 2.79 | 2.79 |
| 2 | 6J-2245 | SEAL O RING | S | 3.35 | 6.70 |
| 6 | 6L-1650 | SEAL O RING | S | 6.14 | 36.84 |
| 2 | 6L-2279 | PLUG | S | 8.51 | 17.02 |
| 2 | 6L-2280 | ROD | S | 5.15 | 10.30 |
| 1 | 6V-1903 | SEAL-O-RING | S | 4.54 | 4.54 |
| 2 | 6V-3917 | SEAL O RING | S | 17.00 | 34.00 |
| 10 | 6V-4365 | SEAL-O-RING | S | 2.61 | 26.10 |
| 1 | 6V-4367 | SEAL-O-RING | S | 4.95 | 4.95 |
| 1 | 6V-4876 | LUBRICANT | S | 30.18 | 30.18 |
| 4 | 6V-5048 | SEAL O RING | S | 2.27 | 9.08 |
| 2 | 6V-5049 | SEAL O RING | S | 2.60 | 5.20 |
| 4 | 6V-5656 | SEAL | N | 14.45 | 57.80 |
| 6 | 6V-8398 | SEAL O RING | S | .58 | 3.48 |
| 1 | 7D-7111 | SEAL-O-RING | S | 16.17 | 16.17 |
| 12 | 7E-1177 | RETAINER | S | 2.61 | 31.32 |
| 2 | 7E-9262 | PLATE-THRUST | S | 27.97 | 55.94 |
| 1 | 7M-7273 | GASKET | S | 6.54 | 6.54 |
| 6 | 7N-7078 | RING-PISTON | S | 29.24 | 175.44 |

* - NOT RETURNABLE

**CONT'D**

| INVOICE | CUSTOMER | | PAY THIS AMOUNT | **CONT'D** |
|---|---|---|---|---|
| WOHE0332344 | 01424 | | CREDIT AMOUNT | |

**PAYMENT TERMS:**
Parts,Service        Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator Sales        Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

CUSTOMER INVOICE



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y.  660 UNION AVENUE      631-758-7500  FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD    845-452-1200  FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET     860-666-8401  FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE         718-863-3800  FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD  845-733-6400  FAX 845-733-6499

SOLD TO                            SHIP TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0332344 | 08-31-06 | 01424 | STEVE | 02 | P | | 1 | 3 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | | 2137164 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | 655.0 | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2 | 7X-4805 | | SEAL O RING | N | 2.89 | 5.78 |
| 1 | 8L-2786 | | O RING | S | 3.04 | 3.04 |
| 1 | 9G-6655 | | ELEMENT A | S | 77.11 | 77.11 |
| 6 | 9L-5854 | | BAND | S | 4.16 | 24.96 |
| 2 | 9M-0164 | | CLAMP | S | 2.69 | 5.38 |
| 1 | 9S-4191 | | PLUG | S | 2.95 | 2.95 |
| 1 | 9Y-3742 | | CORD AS | N | 132.37 | 132.37 |
| 6 | 9Y-7735 | | BEARING | S | 22.88 | 137.28 |
| 1 | 10R-0483 | | PUMP GP WTR | S | 381.84 | 381.84 |
| 1 | | | CORE DEPOSIT | S | 453.76 | 453.76 |
| 1- | | | CORE RETURN | S | 453.76 | 453.76- |
| 5 | 10R-0959 | | INJ GP FUEL | S | 457.50 | 2287.50 |
| 5 | | | CORE DEPOSIT | S | 138.25 | 691.25 |
| 1 | 10R-0959 | | INJ GP FUEL | S | 457.50 | 457.50 |
| 1 | | | CORE DEPOSIT | S | 138.25 | 138.25 |
| 6- | | | CORE RETURN | N | 138.25 | 829.50- |
| 1 | 103-6045 | | SEAL | S | 25.17 | 25.17 |
| 12 | 106-1792 | | STUD TAPER | S | 8.19 | 98.28 |
| 2 | 109-0072 | | SEAL O RING | S | 4.37 | 8.74 |
| 2 | 109-0073 | | SEAL O RING | S | 4.68 | 9.36 |
| 6 | 110-2220 | | SEAL O RING | S | 7.59 | 45.54 |
| 4 | 110-7753 | | SEAL O RING | N | 6.44 | 25.76 |
| 1 | 114-2687 | | SEAL-O-RING | S | 2.83 | 2.83 |
| 2 | 123-5205 | | GASKET | S | 96.15 | 192.30 |
| 1 | 124-9052 | | GASKET-RGLT | S | 2.45 | 2.45 |
| 6 | 129-9452 | | GASKET | S | 3.35 | 20.10 |
| 6 | 130-0241 | | SKIRT | S | 55.79 | 334.74 |
| 2 | 130-5694 | | SEAL-O-RING | N | 16.51 | 33.02 |
| 6 | 134-3761 | | RING | S | 29.24 | 175.44 |

* - NOT RETURNABLE                             **CONT'D**

| | |
|---|---|
| INVOICE       CUSTOMER | PAY THIS AMOUNT     **CONT'D** |
| WOHE0332344     01424 | CREDIT AMOUNT |

**PAYMENT TERMS:**
Parts, Service           Net30
Equipment Sales, Rentals Net10
Generator Rentals       Net10
Generator Sales         Net10

PLEASE REMIT WITH THIS STUB TO:

Warranty information is
available from your sales
representative.

## H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.

**CUSTOMER INVOICE**



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y.  660 UNION AVENUE          631-758-7500  FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD         845-452-1200  FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET         860-666-8401  FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE              718-863-3800  FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD    845-733-6400  FAX 845-733-6499

SOLD TO                                    SHIP TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0332344 | 08-31-06 | 01424 | STEVE | 02 | P | | 1 | 4 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | 2137164 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | 655.0 | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | 142-5867 | | SEAL GP-CSHF     S | 63.78 | 63.78 |
| 1 | 142-5868 | | SEAL GP-CSHF     S | 63.78 | 63.78 |
| 6 | 142-6217 | | SEAL O RING      N | 16.39 | 98.34 |
| 6 | 142-7072 | | SEAL-O-RING      S | 4.40 | 26.40 |
| 6 | 145-6700 | | CROWN AS         N | 201.52 | 1209.12 |
| 1 | 150-4104 | | GASKET           S | 30.86 | 30.86 |
| 1 | 153-9653 | | GASKET-CYL H     N | 65.13 | 65.13 |
| 1 | 155-3629 | | GASKET           N | 36.33 | 36.33 |
| 4 | 155-8724 | | ROD AS           S | 11.07 | 44.28 |
| 1 | 166-9144 | | GASKET           S | 28.97 | 28.97 |
| 6 | 168-7246 | | PIN-PISTON       N | 58.14 | 348.84 |
| 1 | 187-2112 | | HEAD GP-CYL      N | 6093.47 | 6093.47 |
| 6 | 197-9322 | | LINER            S | 118.93 | 713.58 |
| 7 | 211-0592 | | BEARING - MA     S | 37.84 | 264.88 |
| 1 | 216-1252 | | GASKET KIT -     S | 506.11 | 506.11 |
| 1 | 224-5122 | | GASKET           S | 133.00 | 133.00 |
| 6 | 228-7090 | | SEAL-O-RING      N | 2.53 | 15.18 |
| 1 | 248-2090 | | KIT-GASKET-F     N | 298.40 | 298.40 |
| 1 | 248-5513 | | REGULATOR-TE     S | 34.57 | 34.57 |
| 3 | 2487518 | | 15W40 DEO 1 GALLONS | 17.15 | 51.45 |
| 3 | 3E9713 | | 15W40 DEO 5      S | 80.20 | 240.60 |

                        TOTAL PARTS        SEG. 01                19325.80 *

                                           F/R LBR                11962.00 *
1.00                    SUPERLUBE                                      8.99
1.00                    PAINT SUPPLIES                               38.25
1.00                    FREIGHT IN                                   75.94

**CONT'D**

* - NOT RETURNABLE

| PAY THIS AMOUNT | **CONT'D** |
|---|---|
| CREDIT AMOUNT | |

**PAYMENT TERMS:**
Parts, Service                  Net30
Equipment Sales, Rentals Net10
Generator Rentals             Net10
Generator Sales               Net10

Warranty  information  is
available  from  your  sales
representative.

PLEASE REMIT WITH THIS STUB TO:

# H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A  SERVICE  CHARGE  OF  2.0%
(NY)  1.5%  (CT)  PER  MONTH
WILL  BE  CHARGED  ON  THE
UNPAID  BALANCE  IF  NOT
PAID WITHIN TERMS.



**CUSTOMER INVOICE**

# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y. 660 UNION AVENUE     631-758-7500 FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD     845-452-1200 FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET     860-666-8401 FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE     718-863-3800 FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD   845-733-6400 FAX 845-733-6499

**SOLD TO**

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

**SHIP TO**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0332344 | 08-31-06 | 01424 | STEVE | 02 | P | | 1 | 5 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | 2137164 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | 655.0 | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | TOTAL MISC CHGS    SEG. 01 | | 123.18 * |
| | | | SEGMENT 01 TOTAL | | 31410.98 T |
| | | | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | |
| | | | SUFFOLK CTY SALE TAX | | 2709.20 T |

**DUE TO THE RISING COST OF DIESEL FUEL, H. O. PENN HAS ADDED A $20
FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE,
WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

* * *      C A S H      * * *

* - NOT RETURNABLE

**34120.18**

| INVOICE | CUSTOMER | PAY THIS AMOUNT |
|---|---|---|
| WOHE0332344 | 01424 | 34120.18 |
| | | CREDIT AMOUNT |

PLEASE REMIT WITH THIS STUB TO:

**PAYMENT TERMS:**
Parts, Service      Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator Sales      Net10

Warranty information is
available from your sales
representative.

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEEPSIE, NY 12602-5307

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.

HUMU935
3906
9 WR 830

OUR Heated engine

Z 16 1252



**CUSTOMER INVOICE**

# H. O. PENN MACHINERY COMPANY, INC.

| | |
|---|---|
| HOLTSVILLE, N.Y. 660 UNION AVENUE | 631-758-7500 FAX 631-758-7513 |
| POUGHKEEPSIE, N.Y., 122 NOXON ROAD | 845-452-1200 FAX 845-452-5681 |
| NEWINGTON, CT., 225 RICHARD STREET | 860-666-8401 FAX 860-667-3570 |
| BRONX, N.Y., 699 BRUSH AVENUE | 718-863-3800 FAX 718-823-7174 |
| BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD | 845-733-6400 FAX 845-733-6499 |

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV44935 | 08-25-06 | 01424 | STEVE | 02 | P | | 1 | 5 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | D9WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *    PROFORMA INVOICE    * * * | | |
| | | | TOTAL PARTS        SEG. 01 | | 19325.80 * |
| | | | F/R LBR | | 11962.00 * |
| 1.00 | | | SUPERLUBE | | 8.99 |
| 1.00 | | | PAINT SUPPLIES | | 38.25 |
| 1.00 | | | FREIGHT IN | | 75.94 |
| | | | TOTAL MISC CHGS    SEG. 01 | | 123.18 * |
| | | | SEGMENT 01 TOTAL | | 31410.98 T |

------------------------------------------------------------------------

SUFFOLK CTY SALE TAX                                          2709.20 T

**DUE TO THE RISING COST OF DIESEL FUEL, H.O. PENN HAS ADDED A $20
FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE,
WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

* * *        C A S H         * * *

* - NOT RETURNABLE                                               34120.18

| PAYMENT TERMS: | |
|---|---|
| Parts,Service | Net30 |
| Equipment Sales, Rentals | Net10 |
| Generator Rentals | Net10 |
| Generator Sales | Net10 |

Warranty information is available from your sales representative.

| INVOICE | CUSTOMER | |
|---|---|---|
| HV44935 | 01424 | |

PLEASE REMIT WITH THIS STUB TO:

H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

| PAY THIS AMOUNT | 34120.18 |
|---|---|
| CREDIT AMOUNT | |

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.

SALES DRAFT

H.O. PENN MACH CO 002
660 UNION AVE
HOLTSVILLE, NY 11742
TERMINAL 0204412

6314126764
08/25/2006    15:32:02

AX 371575506303001
INVOICE    54011 002    EXP. 1008
AUTH. CODE  115083

SALE TOTAL           $34120.18

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____

MERCHANT COPY

SALES DRAFT

H.O. PENN MACH CO 002
660 UNION AVE
HOLTSVILLE, NY 11742
TERMINAL 0204412

6314126764
08/25/2006    15:32:30
AX XXXXXXXXXXX3001
INVOICE    54011 002
AUTH. CODE  11508:3

SALE TOTAL          $:34120.18

CUSTOMER COPY

CUSTOMER INVOICE



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y.  660 UNION AVENUE                631-758-7500  FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD              845-452-1200  FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET             860-666-8401  FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE                   718-863-3800  FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD   845-733-6400  FAX 845-733-6499

SOLD TO                                                    SHIP TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV44935 | 08-25-06 | 01424 | STEVE | 02 | P | | 1 | 1 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | 655. | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

* * *    PROFORMA INVOICE    * * *

REPAIR ENGINE

ENGINE OVERHEATED CRACKED CYLINDER HEAD, CYLINDER
LINERS RUSTED
REPLACE DAMAGED PARTS AND TEST RUN

| QUANTITY | ITEM | DESCRIPTION | N/R | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6 | 0R-3780 | ROD A | N | 229.56 | 1377.36 |
| 6 | | CORE DEPOSIT | N | 228.53 | 1371.18 |
| 6- | | CORE RETURN | N | 228.53 | 1371.18- |
| 1 | 0R-7881 | PUMP GP WTR | N | 2052.50 | 2052.50 |
| 1 | | CORE DEPOSIT | N | 961.27 | 961.27 |
| 1- | | CORE RETURN | N | 961.27 | 961.27- |
| 2 | 1A-2029 | CAPSCREW | S | .25 | .50 |
| 1 | 1R-0716 | FILTER A | S | 18.92 | 18.92 |
| 1 | 1R-0749 | FILTER AS FU | S | 16.53 | 16.53 |
| 45 | 1U-5516 | DISC | S | 1.13 | 50.85 |
| 4 | 1U-6858 | SHEET | N | .84 | 3.36 |
| 2 | 1U-8846 | GASKET MAKER | S | 14.38 | 28.76 |
| 2 | 2A-4639 | CAP SCREW | S | .36 | .72 |
| 2 | 2N-0931 | GASKET | S | 1.40 | 2.80 |
| 16 | 2N-2766 | LOCK NUT | S | 3.53 | 56.48 |
| 6 | 2P-2817 | RING | S | 29.24 | 175.44 |
| 1 | 3K-0360 | SEAL | S | .69 | .69 |
| 4 | 3P-0649 | SEAL-O-RING | S | 12.44 | 49.76 |
| 1 | 3S-2093 | TIE | S | .12 | .12 |
| 1 | 3S-9643 | SEAL | S | 9.44 | 9.44 |
| 2 | 4J-5477 | SEAL O RING | S | .50 | 1.00 |

* - NOT RETURNABLE

CONT'D

| INVOICE | CUSTOMER | PAY THIS AMOUNT | CONT'D |
|---|---|---|---|
| HV44935 | 01424 | CREDIT AMOUNT | |

PAYMENT TERMS:
Parts, Service          Net30
Equipment Sales, Rentals Net10
Generator Rentals        Net10
Generator Sales          Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

## H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

CUSTOMER INVOICE



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y. 660 UNION AVENUE          631-758-7500  FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD         845-452-1200  FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET         860-666-8401  FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE              718-863-3800  FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD    845-733-6400  FAX 845-733-6499

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO. | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV44935 | 08-25-06 | 01424 | STEVE | 02 | P | | 1 | 2 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| 1 | 4N-1151 | GASKET | S | 16.13 | 16.13 |
| 1 | 4N-1156 | GASKET | S | 1.44 | 1.44 |
| 1 | 4P-7581 | CLIP | S | 2.30 | 2.30 |
| 1 | 5B-9169 | PLUG | S | 10.16 | 10.16 |
| 1 | 5B-9651 | PLUG | S | 6.84 | 6.84 |
| 1 | 5H-2471 | CEMENT | S | 8.83 | 8.83 |
| 1 | 5K-5338 | CLIP | S | 3.33 | 3.33 |
| 14 | 5M-2894 | WASHER | S | .18 | 2.52 |
| 2 | 5M-3038 | SEAL O RING | S | 5.56 | 11.12 |
| 1 | 5P-5846 | SEAL O RING | S | 9.43 | 9.43 |
| 2 | 5P-7530 | SEAL O RING | S | 4.36 | 8.72 |
| 1 | 5P-8068 | SEAL | S | 8.85 | 8.85 |
| 1 | 6I-2517 | GASKET | S | 2.79 | 2.79 |
| 2 | 6J-2245 | SEAL O RING | S | 3.35 | 6.70 |
| 6 | 6L-1650 | SEAL O RING | S | 6.14 | 36.84 |
| 2 | 6L-2279 | PLUG | S | 8.51 | 17.02 |
| 2 | 6L-2280 | ROD | S | 5.15 | 10.30 |
| 1 | 6V-1903 | SEAL-O-RING | S | 4.54 | 4.54 |
| 2 | 6V-3917 | SEAL O RING | S | 17.00 | 34.00 |
| 10 | 6V-4365 | SEAL-O-RING | S | 2.61 | 26.10 |
| 1 | 6V-4367 | SEAL-O-RING | S | 4.95 | 4.95 |
| 1 | 6V-4876 | LUBRICANT | S | 30.18 | 30.18 |
| 4 | 6V-5048 | SEAL-O-RING | S | 2.27 | 9.08 |
| 2 | 6V-5049 | SEAL O RING | S | 2.60 | 5.20 |
| 4 | 6V-5656 | SEAL | N | 14.45 | 57.80 |
| 6 | 6V-8398 | SEAL O RING | S | .58 | 3.48 |
| 1 | 7D-7111 | SEAL-O-RING | S | 16.17 | 16.17 |

* - NOT RETURNABLE

**CONT'D**

| | INVOICE | CUSTOMER | PAY THIS AMOUNT | **CONT'D** |
|---|---|---|---|---|
| | HV44935 | 01424 | CREDIT AMOUNT | |

PAYMENT TERMS:
Parts.Service               Net30
Equipment Sales. Rentals Net10
Generator Rentals          Net10
Generator Sales            Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

## H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) · PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

**CUSTOMER INVOICE**



# H. O. PENN MACHINERY COMPANY, INC.

| | |
|---|---|
| HOLTSVILLE, N.Y. 660 UNION AVENUE | 631-758-7500 FAX 631-758-7513 |
| POUGHKEEPSIE, N.Y., 122 NOXON ROAD | 845-452-1200 FAX 845-452-5681 |
| NEWINGTON, CT., 225 RICHARD STREET | 860-666-8401 FAX 860-667-3570 |
| BRONX, N.Y., 699 BRUSH AVENUE | 718-863-3800 FAX 718-823-7174 |
| BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD | 845-733-6400 FAX 845-733-6499 |

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV44935 | 08-25-06 | 01424 | STEVE | 02 | P | | 1 | 3 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *  PROFORMA INVOICE  * * * | | |
| 12 | 7E-1177 | | RETAINER | S | 2.61 | 31.32 |
| 2 | 7E-9262 | | PLATE-THRUST | S | 27.97 | 55.94 |
| 1 | 7M-7273 | | GASKET | S | 6.54 | 6.54 |
| 6 | 7N-7078 | | RING-PISTON | S | 29.24 | 175.44 |
| 2 | 7X-4805 | | SEAL O RING | N | 2.89 | 5.78 |
| 1 | 8L-2786 | | O RING | S | 3.04 | 3.04 |
| 1 | 9G-6655 | | ELEMENT A | S | 77.11 | 77.11 |
| 6 | 9L-5854 | | BAND | S | 4.16 | 24.96 |
| 2 | 9M-0164 | | CLAMP | S | 2.69 | 5.38 |
| 1 | 9S-4191 | | PLUG | S | 2.95 | 2.95 |
| 1 | 9Y-3742 | | CORD AS | N | 132.37 | 132.37 |
| 6 | 9Y-7735 | | BEARING | S | 22.88 | 137.28 |
| 1 | 10R-0483 | | PUMP GP WTR | S | 381.84 | 381.84 |
| 1 | | | CORE DEPOSIT | S | 453.76 | 453.76 |
| 1- | | | CORE RETURN | S | 453.76 | 453.76- |
| 5 | 10R-0959 | | INJ GP FUEL | S | 457.50 | 2287.50 |
| 5 | | | CORE DEPOSIT | S | 138.25 | 691.25 |
| 1 | 10R-0959 | | INJ GP FUEL | S | 457.50 | 457.50 |
| 1 | | | CORE DEPOSIT | S | 138.25 | 138.25 |
| 6- | | | CORE RETURN | N | 138.25 | 829.50- |
| 1 | 103-6045 | | SEAL | S | 25.17 | 25.17 |
| 12 | 106-1792 | | STUD TAPER | S | 8.19 | 98.28 |
| 2 | 109-0072 | | SEAL O RING | S | 4.37 | 8.74 |
| 2 | 109-0073 | | SEAL O RING | S | 4.68 | 9.36 |
| 6 | 110-2220 | | SEAL O RING | S | 7.59 | 45.54 |
| 4 | 110-7753 | | SEAL O RING | N | 6.44 | 25.76 |
| 1 | 114-2687 | | SEAL-O-RING | S | 2.83 | 2.83 |

* - NOT RETURNABLE

**CONT'D**

| | |
|---|---|
| INVOICE HV44935 | CUSTOMER 01424 |

| PAY THIS AMOUNT | **CONT'D** |
|---|---|
| CREDIT AMOUNT | |

**PAYMENT TERMS:**
Parts,Service          Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator Sales        Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

# H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

**CUSTOMER INVOICE**



# H. O. PENN MACHINERY COMPANY, INC.

| HOLTSVILLE, N.Y., 660 UNION AVENUE | 631-758-7500 FAX 631-758-7513 |
|---|---|
| POUGHKEEPSIE, N.Y., 122 NOXON ROAD | 845-452-1200 FAX 845-452-5681 |
| NEWINGTON, CT., 225 RICHARD STREET | 860-666-8401 FAX 860-667-3570 |
| BRONX, N.Y., 699 BRUSH AVENUE | 718-863-3800 FAX 718-823-7174 |
| BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD | 845-733-6400 FAX 845-733-6499 |

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV44935 | 08-25-06 | 01424 | STEVE | 02 | P | | 1 | 4 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *   PROFORMA INVOICE   * * * | | |
| 2 | 123-5205 | | GASKET | S | 96.15 | 192.30 |
| 1 | 124-9052 | | GASKET-RGLT | S | 2.45 | 2.45 |
| 6 | 129-9452 | | GASKET | S | 3.35 | 20.10 |
| 6 | 130-0241 | | SKIRT | S | 55.79 | 334.74 |
| 2 | 130-5694 | | SEAL-O-RING | N | 16.51 | 33.02 |
| 6 | 134-3761 | | RING | S | 29.24 | 175.44 |
| 1 | 142-5867 | | SEAL GP-CSHF | S | 63.78 | 63.78 |
| 1 | 142-5868 | | SEAL GP-CSHF | S | 63.78 | 63.78 |
| 6 | 142-6217 | | SEAL O RING | N | 16.39 | 98.34 |
| 6 | 142-7072 | | SEAL-O-RING | S | 4.40 | 26.40 |
| 6 | 145-6700 | | CROWN AS | N | 201.52 | 1209.12 |
| 1 | 150-4104 | | GASKET | S | 30.86 | 30.86 |
| 1 | 153-9653 | | GASKET-CYL H | N | 65.13 | 65.13 |
| 1 | 155-3629 | | GASKET | N | 36.33 | 36.33 |
| 4 | 155-8724 | | ROD AS | S | 11.07 | 44.28 |
| 1 | 166-9144 | | GASKET | S | 28.97 | 28.97 |
| 6 | 168-7246 | | PIN-PISTON | N | 58.14 | 348.84 |
| 1 | 187-2112 | | HEAD GP-CYL | N | 6093.47 | 6093.47 |
| 6 | 197-9322 | | LINER | S | 118.93 | 713.58 |
| 7 | 211-0592 | | BEARING - MA | S | 37.84 | 264.88 |
| 1 | 216-1252 | | GASKET KIT - | S | 506.11 | 506.11 |
| 1 | 224-5122 | | GASKET | S | 133.00 | 133.00 |
| 6 | 228-7090 | | SEAL-O-RING | N | 2.53 | 15.18 |
| 1 | 248-2090 | | KIT-GASKET-F | N | 298.40 | 298.40 |
| 1 | 248-5513 | | REGULATOR-TE | S | 34.57 | 34.57 |
| 3 | 2487518 | | 15W40 DEO 1 GALLONS | | 17.15 | 51.45 |
| 3 | 3E9713 | | 15W40 DEO 5 | S | 80.20 | 240.60 |

* - NOT RETURNABLE

**CONT'D**

| PAYMENT TERMS: | |
|---|---|
| Parts.Service | Net30 |
| Equipment Sales, Rentals | Net10 |
| Generator Rentals | Net10 |
| Generator Sales | Net10 |

Warranty information is available from your sales representative.

| INVOICE | HV44935 | CUSTOMER | 01424 |
|---|---|---|---|

| PAY THIS AMOUNT | **CONT'D** |
|---|---|
| CREDIT AMOUNT | **CONT'D** |

PLEASE REMIT WITH THIS STUB TO:

# H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

**CUSTOMER INVOICE**



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, N.Y.  660 UNION AVENUE     631-758-7500 FAX 631-758-7513
POUGHKEEPSIE, N.Y., 122 NOXON ROAD     845-452-1200 FAX 845-452-5681
NEWINGTON, CT., 225 RICHARD STREET     860-666-8401 FAX 860-667-3570
BRONX, N.Y., 699 BRUSH AVENUE     718-863-3800 FAX 718-823-7174
BLOOMINGBURG, NY, 783 BLOOMINGBURG ROAD   845-733-6400 FAX 845-733-6499

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV44935 | 08-25-06 | 01424 | STEVE | 02 | P | | 1 | 5 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV44935 | 07-21-06 | 10 | 10 | 10 | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *  PROFORMA INVOICE   * * * | | |
| | | | TOTAL PARTS    SEG. 01 | | 19325.80 * |
| | | | F/R LBR | | 11962.00 * |
| 1.00 | | | SUPERLUBE | | 8.99 |
| 1.00 | | | PAINT SUPPLIES | | 38.25 |
| 1.00 | | | FREIGHT IN | | 75.94 |
| | | | TOTAL MISC CHGS    SEG. 01 | | 123.18 * |
| | | | SEGMENT 01 TOTAL | | 31410.98 T |

-------------------------------------------------------------

SUFFOLK CTY SALE TAX                   2709.20 T

**DUE TO THE RISING COST OF DIESEL FUEL, H.O. PENN HAS ADDED A $20
FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE,
WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

* * *     C A S H     * * *

* - NOT RETURNABLE                 34120.18

| | INVOICE HV44935 | CUSTOMER 01424 | PAY THIS AMOUNT | 34120.18 |
|---|---|---|---|---|
| | | | CREDIT AMOUNT | |

**PAYMENT TERMS:**
Parts, Service      Net30
Equipment Sales, Rentals Net10
Generator Rentals    Net10
Generator Sales      Net10

Warranty information is
available from your sales
representative.

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
**PO Box 5307**
**POUGHKEEPSIE, NY 12602-5307**

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.

3406

516-526-1194

516-745-6106

516-745-6100 x102

Parts

$ 19, 163. 57



660 Union Ave. • Holtsville, NY  11742 • (631) 654-4465 • FAX (631) 758-7558

July 27, 2006

Steve Ferdel

Attention; Steve

As a follow up to your request for a proposal to overhaul your CAT 3406 engine (s/n 9WR00830) due to an over heat failure, we are pleased to supply you with the following proposal.

H.O. Penn Machinery Co., Inc. will supply one technician to disassemble the engine and perform the following services.

Replace cylinder head
Replace cylinder packs
Replace injectors
Replace fresh & raw water pumps
Replace temperature regulator
Replace exhaust manifold studs & nuts
Replace oil & fuel filters
Replace all necessary gaskets & seals
Replace rod & main bearings

Upon disassembly we will attempt to back wash the heat exchanger to clean out the materials that is causing the blockage. If we are unable to successfully clean the heat exchanger we will have to disassemble the unit to clean it and additional charges will be added on.

<div align="center">

Flat rate $31,625.00 plus tax if applicable

Parts $19,663.00 Labor $11,962.00

Flat rate to disassemble, clean, & reassemble heat exchanger $4,095.00

Prices are valid for 60 days

</div>

Upon completion of the service we will test run the unit for proper operation and supply you with a detailed service report.
If at any time during the overhaul process something is discovered that is not covered under this proposal the customer will be notified and advised.
**NOTE: Injectors, water pumps, and connecting rods are CAT remanufactured and must pass reusability guidelines or the customer will be notified of any additional charges.**

If this is proposal acceptable please sign and return it along with your method of payment.

Best regards,


Mark Ostroff
EPG Product Support Sales Representative          _____
H.O. Penn Machinery Co., Inc.                                          Customer Signature

**H.O. PENN MACHINERY CO., INC.**

| | | | |
|---|---|---|---|
| 699 BRUSH AVENUE | 660 UNION AVENUE | 122 NOXON ROAD | 225 RICHARD STREET |
| BRONX, NY 10465 | HOLTSVILLE, NY 11742 | POUGHKEEPSIE, NY 12603 | NEWINGTON, CT 06111 |

# Work Sheet

**Customer:**                    **Steve Ferdel**

**Customer #:**

Engine Model #                        3406

Engine Serial #          9WR00830

Parts:

Parts listed on attached sheets                                        $19,163.57

      Misc                                                        $500.00

Heat exchanger
    $3,000.00 parts and $1,093.92 (8 hrs labor)  — $ *4,095.00* (handwritten)

*Add On* (handwritten)

    Attempt to backwash unit first through return.

Labor:
    64                              @          136.74                    $8,751.36
                    @          205.11
                    @          273.48

Miles:
                    @            2.75

Tolls:                                                        $28,414.93

                + *Time To build up* (handwritten)        *1093.92* (handwritten)
**Env:**                    *Cyl Packs* (handwritten)

**Total:**                    + *Time To Backwash* (handwritten)        *1093.92* (handwritten)
                *Heat Exchanger* (handwritten)

    *$31,625.00* (handwritten, circled)        *$30,602.77* (handwritten)

Previous Screen

‹ Product: MARINE ENGINE
Model: 3406E MARINE ENGINE 9WR
Configuration: 3406E Marine Engine 9WR00001-UP



GRAPHIC #1
g00263641

**3406E Marine Engine**
**Media Number - SEBP2555-32    |    Publication Date - 01/04/2006    |    Date**
**Updated - 27/04/2006**

i02005247

*125-4350* HEATER GP-JACKET WATER
1500-WATT, 120-VOLT, 12.5-AMPERE
AN ATTACHMENT

## ENTIRE GROUP

| Ref. | Qty. | NPR | Note | Part No. | Part Name |
|------|------|-----|------|----------|-----------|
| Grp | | NPR | | *125-4350* | HEATER GP-JACKET WATER |

SERVICE CALL INFORMATION SHEET

CALL REC'D BY_____    DATE_____    TIME_____

CALLER:_____    PHONE # BUS:_____

REPRESENTING___*Steve*_____    RES: *546-526 1194*

ADDRESS_____    TAX CODE_____

_____    DELIVERY DATE_____

CUSTOMER? Y/N    WARRANTY? Y/N    ACCT #_____    C/A#_____

CONSTRUCTION____    TRUCK____    MARINE ✓    GEN SET____    OTHER_____

MAKE_____    MODEL *3406*    SERIAL #_____

SMR_____    MILEAGE_____    MACHINE ID#_____

MACHINE PRESENT LOCATION_____

_____ *over hest* _____

PROBLEM DESCRIPTION_____

____*M. Surfed*_____

____*Turbo*_____

CALLER REQUESTS:

SHOP SERVICE_____    FIELD SERVICE_____    ESTIMATE_____    INFO_____

MACHINE:    PICKED UP BY_____

            DROPPED OFF BY_____

NOTES:_____

____*Travelers*_____

_____

_____

# H.O. PENN MACHINERY COMPANY, INC.

STORE _____ 02 _____ DATE _____ 8-22-06

THIS TAG VERIFIES RECEIPT OF CORES

**FROM:**

CUST.
NAME _____

ACCT. NO. _____

DOC. NO. _____

**W/O.** LU44935

PART (S) NO. _____

10R-0483

REC'D BY: _____ K A /

H.O. PENN EMPLOYEE

# RECEIPT / TAG

## CUSTOMER NOTE

THIS IS YOUR RECEIPT. PLEASE HOLD
IF CREDIT IS NOT REC'D WITHIN ONE WEEK
OF THE ABOVE DATE PLEASE CONTACT
THE PARTS DEPARTMENT AT:

## HOLTSVILLE  (516) 758-7500

WHT-CUST.          YEL.-FILE          CARD-PART

# H.O. PENN MACHINERY COMPANY, INC.

STORE ___(2)___ DATE _8-22-06_

THIS TAG VERIFIES RECEIPT OF CORES

**FROM:**

CUST.
NAME _____

ACCT. NO. _____

DOC. NO. _____

W/O. _HV 44935_

PART (S) NO. ① OR 7881
② 1OR 0959
⑥ OR 3780
⑥⑩⑩⑩⑩⑩⑩

REC'D BY: _____ KN
H.O. PENN EMPLOYEE

## RECEIPT / TAG

**CUSTOMER NOTE**

THIS IS YOUR RECEIPT. PLEASE HOLD
IF CREDIT IS NOT REC'D WITHIN ONE WEEK
OF THE ABOVE DATE PLEASE CONTACT
THE PARTS DEPARTMENT AT:

### HOLTSVILLE  (516) 758-7500

WHT-CUST.          YEL.-FILE          CARD-PART

WORK ORDER OPEN SUMMARY

B37FSS2 06/17/2005

## H.O.PENN

# HV44935
WORK ORDER

**0**
CURRENT SMU

**HOLTSVILLE CASH ACCT**
CUSTOMER NAME

**01424**
CUST NUMB

**3406**
MODEL

**09WR00833**
SERIAL NUMBER

SEGMENT
01

*****CASH*****
TERMS

**A A**
MAKE

ID NUMBER

Std Hrs .00

REPAIR ENGINE

ENGINE OVERHEATED CRACKED CYLINDER HEAD,CYLINDER

LINERS RUSTED

HVu4935

**SERVICE CALL INFORMATION SHEET**

CALL REC'D BY_____   DATE_____   TIME_____

CALLER: _Steve Ferdel_   PHONE # BUS:_____

REPRESENTING _Steve_   RES: _516-58___1194_

ADDRESS_____   _Ferdel_   TAX CODE_____

DELIVERY DATE_____

CUSTOMER? Y/N   WARRANTY? Y/N   ACCT #_____   C/A#_____

CONSTRUCTION____   TRUCK____   MARINE _✓_   GEN SET____   OTHER_____

MAKE_____   MODEL _~~3455~~_   SERIAL #_____

SMR_____   MILEAGE_____   MACHINE ID#_____

MACHINE PRESENT LOCATION_____

_____ _Over heat_ _____

PROBLEM DESCRIPTION_____

_M Suffolk_ } _new_

_Turbo_ }

CALLER REQUESTS:

_6 Hrs_ SHOP SERVICE____   FIELD SERVICE____   ESTIMATE____   INFO_____

MACHINE:   PICKED UP BY_____

DROPPED OFF BY_____   _No_

NOTES:_____   _Travelers_   _Turbo_
_Manifold_

_____

3456    94R830

_Heat Exchanger_

_3 000   Parts + 8 Hrs_

_10,000   Wen_



# H. O. PENN MACHINERY COMPANY, INC.

HOLTSVILLE, LI. L.I.E. AND NICOLLS RD.          631-758-7500
POUGHKEEPSIE, N.Y., 122 NOXON RD.               845-452-1200
NEWINGTON, CONN., 225 RICHARD ST.               860-666-8401
BRONX, N.Y., 699 BRUSH AVE.                     718-863-3800
BLOOMINGBURG, N.Y., 783 BLOOMINGBURG RD  845-733-6400

# PACKING LIST

FOR INQUIRIES PLEASE
REFERENCE THIS NUMBER

DOCUMENT NO.  02Q004332

CUSTOMER QUOTE        * EXPIRES 08/26/06    *CASH*

SOLD TO                CUSTOMER NO.     SHIP TO

HOLTSVILLE  CASH ACCT        01424
HOLTSVILLE                  STORE
HOLTSVILLE NY 11742          02

| FILED BY | |
| W/C LOC. | |
| W/S PC/S | |
| SHIP VIA | |

| ORDERED BY | TELEPHONE | CUST. ORDER NO. | EQUIP. NO | ARRANGEMENT NO | INSTRUCTIONS | DELIVERY LOCATION | |
|---|---|---|---|---|---|---|---|
| | | MARK | | | | | |

| MAKE PIC | MODEL | SERIAL NUMBER | | | | DATE | TIME | ENT BY |
|---|---|---|---|---|---|---|---|---|
| AA  E 3406 | | 09WR00830 | LOCATION  N/R | | | 7/26/06 | 15:42:14 | BJC |

| | | | | | | REFERENCE NO. |
|---|---|---|---|---|---|---|

GROSS
WEIGHT

ITEM ---QUANTITY---   PART NUMBER/
NO. ORDER SHIP B/O   DESCRIPTION       UNIT PRICE  EXTD PRICE
PARTS SALES PERSON:  BRIAN J. CARROLL

TR  SOS

USD SELL TOTAL          129.29

ITEMS MARKED '***' ARE NOT-RETURNABLE     **SIGNATURE REQUIRED**     * RELEASE WHEN SHIPPED *

PERMISSION MUST BE OBTAINED TO RETURN PARTS AFTER 15 DAYS, 15% HANDLING CHARE
DEDUCTED - INVOICE NUMBER COVERING BILLING OF PARTS MUST BE GIVEN.

CUSTOMER OR HIS AGENT ACKNOWLEDGES RECEIPT OF THE ITEMS INDICATED AS SHIPPED
ABOVE AND AGREES THAT THE TERMS, CONDITIONS AND LIMITATIONS PRINTED ON THIS
DOCUMENT WILL APPLY TO ALL ITEMS LISTED HEREON.

RECEIVED BY                              DATE

B37FP6O  05/12/06

3456
9WR00830

185-2246

| 1 | Reman Cyl Head | 187-2112 |
| 6 | Reman Cyl Packs | Print out |
| 6 | Reman Injectors | ② 10R0959 |
| 1 | Reman Water Pump | 10R0483 |
| 1 | Reman Raw Water Pump | 0R-7881 |
| 1 | Front Crank Seal | 142-5867 |
| 1 | Rear Crank Seal | 142-5868 |
| 1 | Aftercooler Gasket Kit | ③123-5205 ②3P0649 ⑥6V1903 ⑧6V5656 ⑧7071116 ⑥6V5049 |
| 1 | Cyl Head Gsk Kit 103-9651 | ⑥6V4365 ⑤6V5048 ① 8L286 |
| 1 | Pan Gsk Kit | 4N3661, 5P8068, 8P6846 |
| 1 | Exhaust manifold Studs + Nuts | ⑫2N2766 ④129-9452 ⑫5P2894 ⑪106-1792 |
| 1 | Temperature Regulator | 2165513, 124-9052, 3P9643, 9M1156 |
| 1 | Oil Filter | 1R0716 |
| 1 | Fuel Filter | 1R0749 |
| 18 | Gallons Oil | ③ 3P9713  ③ 248-7518 |
| 1 | Turbo Gasket Kit | ①7M7273 ④2N2766 ②652245 ①5P7530 ①114-2687 |

103-6045
166-9144
② 7X4805
9S 4191
·55-3629
2N0931
③6L1650

## Superior Specialized Services, Inc.

**Full Service Engine and Generator Repairs**
**Factory Certified**

- Cummins
- Onan
- Yanmar
- Caterpillar
- Westerbeke

New Installations & Road Service

**Robert Hyers**
10A Matincock Avenue
Port Washington, NY 11050
Phone: 516-883-2404
Fax: 516-706-1517
Cell: 631-807-2334

QWR 833

# H.O. PENN MACHINERY COMPANY, INC.

STORE _____ 0 2 _____ DATE _____ 8-22-06 _____

THIS TAG VERIFIES RECEIPT OF CORES

## FROM:

CUST.
NAME _____

ACCT. NO. _____

DOC. NO. _____

W/O. HV 44935 _____

PART (S) NO. _____

_____ 10R-0483 _____

REC'D BY: _____ KA _____

H.O. PENN EMPLOYEE

## RECEIPT / TAG

### CUSTOMER NOTE

THIS IS YOUR RECEIPT. PLEASE HOLD
IF CREDIT IS NOT REC'D WITHIN ONE WEEK
OF THE ABOVE DATE PLEASE CONTACT
THE PARTS DEPARTMENT AT:

## HOLTSVILLE (516) 758-7500

WHT-CUST.          YEL.-FILE          CARD-PART

# Customer Name & Address Detail

**Inquiry Serial Number:**    9WR00833    Search     **View PDF Report**

**Check to Update** ☐   Update

| | |
|---|---|
| **Prime Sales Model:** | 3406E |
| **Prime Serial Number:** | 9WR00833 |
| **Delivery Date:** | 02May2000    **Declaring Dealer:** D340 |
| **Customer Number:** | |
| **Customer Name:** | STEVEN D FRIEDEL |
| **Customer Phone Number:** | |
| **Address Line 1:** | 11 MITCHELL DR |
| **Address Line 2:** | |
| **Address Line 3:** | |
| **Address Line 4:** | |
| **City:** | KINGS POINT |
| **State/Province:** | NY |
| **Zip/Postal Code:** | 11024-1236 |
| **Country:** | USA |

| **Sales Contact:** | **(First Name)** | Bobby |
|---|---|---|
| | **(Last Name)** | Chan |
| | **(Phone Number)** | |
| **Service Contact:** | **(First Name)** | Richard |
| | **(Last Name)** | Brock |
| | **(Phone Number)** | |

**Addressing Dealer:**

**Last Update Date:**    31May2000

**Check to Update** ☐   Update

---

**Caterpillar Confidential:** Yellow
SIMSi Support
Send Feedback
Data Privacy
**Last Updated:** Mon Jul 17 12:26:29 EDT 2006
© Copyright 2006 Caterpillar Inc., All Rights Reserved.

-- H.O. PENN HOLTSVILLE STORE

W/O:  HV44935                *CASH*

HV44935

B37FSS1

-- Equipment --

Make: AA       Model: 3406
S/N: 09WR00833
Smu:                Arr#:
Delivery Date: 0/00/00
Cust Equip No:
Engine / Info:

Perf Spec:                    Arr#:
Hp:            RPM
Related / Driven:

Cab Type:                     Arr#:
Labor Est:              .00

Ship To / Mach Loc / Via

-- Customer Info--

HOLTSVILLE CASH ACCT

Cust Agent:
Agent Phone:

P/O Required: Y
-- Invoice Options --
Tx1    Tx2    Tx3    Tx4    Tx5
02
PCC:10  LCC:10  MCC:10
Charge Codes:

Parts Est:              .00

Special Instructions

-- Additional Info --

**Cust No: 01424**
Overtime Authorized:        YES
To Arrive:             0/00/00
Promised:             0/00/00
Salesman:

Job Control:        Est by: TW
                    TW
Tax Exempt Lic No:
VAT INVOICE NO:
Labor Invoice Ind: N

Misc Est:              .00
Total Est:             .00

Opened  7/21/06
7/21/06
8:45:43

SG OP
ST CC JOB DESCRIPTION

01    REPAIR ENGINE

MS    ENGINE OVERHEATED CRACKED CYLINDER HEAD, CYLINDER
      LINERS RUSTED

      JC CP  MC  QC BG  SF WA  JL  CON      STD HOURS      MECH
      023 1000        S

THIS UNIT IS NOT ON THE MACHINE POPULATION FILE
NO PIP/PSP FOR THIS MACHINE

PI    AMOUNT

SEGMENT 01



**H.O. PENN MACHINERY COMPANY, INC.**

STORE (2) DATE 8-22-06

THIS TAG VERIFIES RECEIPT OF CORES

**FROM:**

CUST. NAME

ACCT. NO.

DOC. NO.

W/O. HV 44935

PART (S) NO. (1) 0R7881
(6) 10R 0959
(6) 0R3780

REC'D BY: KN
H.O. PENN EMPLOYEE

**RECEIPT / TAG**

**CUSTOMER NOTE**

THIS IS YOUR RECEIPT. PLEASE HOLD IF CREDIT IS NOT REC'D WITHIN ONE WEEK OF THE ABOVE DATE PLEASE CONTACT THE PARTS DEPARTMENT AT:

**HOLTSVILLE (516) 758-7500**

WHT-CUST. YEL.-FILE CARD-PART

Exhibit B

## Job Closing Authorization

Work Order # *HU9138*

| Date Opened 5-14-07 | Customer Name H,Y CRON |
|---|---|
| Make A/T | Model 34060 |
| Serial Number 09UP(1)833 | Hours |
| Person to Contact | |

**Warranty:** YES    NO    (If yes, please fill out reverse side)

COD:    YES    NO    Is money collected?    YES    NO    Initial

Deductible:    YES    NO    Is money collected?    YES    NO    Initial

Notes to be added: _____

_____

Special Message to: _____

_____

Change entire Customer # to: _____

Change segment # _____ to Customer # _____ Add P.O. # _____

Other Changes _____

### Mechanic and/or Foreman - please place your initials in space provided

Initials

_____ 1. Is the correct **service meter units** reading **recorded** on the Job Closing Summary    Yes    No
(If truck has a hubometer record it also)?

### Mechanic - please place your initials in the spaces provided

_____ 1. Are **model** and **serial numbers correct** on Job and Service Reports?    Yes    No

_____ 2. Is there a **Service Report** to cover **each repair** adequately (**Complaint, cause, correction**)?    Yes    No

_____ 3. Do the Service Reports **justify** all **parts used**?    Yes    No

_____ 4. Have all **Parts Credits** and Remanufactured or Exchange **core credits** been **accounted** for?    Yes    No

_____ 5. Have all **timecards** been **turned in**?    Yes    No

_____ 6. Is there a **Partners in Quality** suggestion?    Yes    No

Foreman / Leadman _____ Date Closed _____

Mechanic _____ Date Closed _____

Customer_____ *HV4Pl30*_____

Contact_____

Phone #_____

Machine Make_____

S/N_____ *Fendel*_____

Cab Type_____

Date In Service_____

Miles/Hours_____

Machine ID___ *George Farrell*_____

Engine Model_____

Engine S/N____ *718-409-4098*_____

Engine Arrg #_____ *917 861 5668*_____

Performance Spec #_____

HP at RPM_____ _____

## Form 1

| Work Order# HV49130 | Seg # 01 | Employee Name ENIK ABRAHAMSEN | | Date 5/11/07 | Approved by: | | |
|---|---|---|---|---|---|---|---|
| Customer Name Feudel | | | Employee # 4306 | | | External ✓ | |
| Model 3406 | SMR 674 | | Job Std Hours | | HO PENN | Internal | |
| Serial # 9WR00833 | | STOP | | | | Expense | |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | | Constr - field | fld | | | | Marine - field | msf | 5 | | |
| | stop | 80 | Constr - travel | tvl | | | | Marine - travel | mtv | | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 1:30 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 12:30 | start | | Weld | wld | | | | Instructor | ins | | | |
| 12:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 8:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description: SAMPLES, INSPECT, FCM'S

Special Instructions:

B37FSTC (06/19/2003)

## Form 2

| Work Order# HV49130 | Seg # 02 | Employee Name ENIK ABRAHAMSEN | | Date 5/14/07 | Approved by: | | |
|---|---|---|---|---|---|---|---|
| Customer Name Feudel | | | Employee # 4306 | | | External | |
| Model 3406 | SMR 674 | | Job Std Hours | | HO PENN | Internal | |
| Serial # 9WR00833 | | | | | | Expense | |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | | Constr - field | fld | | | | Marine - field | msf | 1 | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| | start | | Weld | wld | | | | Instructor | ins | | | |
| 9:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 8:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description: Paint History

Special Instructions:

B37FSTC (06/19/2003)



| Work Order# HV49130 | Seg # 01 | Employee Name EИIK ABRAHAMSEN | | Date 05/16/07 | Approved by: | | | |
|---|---|---|---|---|---|---|---|---|
| **Customer Name** HOLTSVILLE CASH   01424 | | | | **Employee #** 4306 | | External ✓ | | |
| **Model** 3406 | **SMR** | | **Job Std Hours** 3.00 | | | Internal | | |
| **Serial #** 09WR00833 | | | | | | Expense | | |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | 80 | Constr - field | fld | | | | Marine - field | msf | | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | 3 | ½ | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 5:00 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 3:30 | start | | Weld | wld | | | | Instructor | ins | | | |
| 10:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 8:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description:  TRAVEL TO/FROM ENGINE

Special Instructions:  PORT WASHINGTON

B37FSTC (08/19/2003)

---

| Work Order# HV49130 | Seg # 02 | Employee Name EИIK ABRAHAMSEN | | Date 5/16/07 | Approved by: | | | |
|---|---|---|---|---|---|---|---|---|
| **Customer Name** HOLTSVILLE CASH   01424 | | | | **Employee #** 4306 | | External ✓ | | |
| **Model** 3406 | **SMR** | | **Job Std Hours** 3.00 | | | Internal | | |
| **Serial #** 09WR00833 | | | | | | Expense | | |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | | Constr - field | fld | | | | Marine - field | msf | 5 | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 3:30 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 12:30 | start | | Weld | wld | | | | Instructor | ins | | | |
| 12:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 10:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description:  TROUBLESHOOT ENGINE  FIX OIL COOLER GOOSENECK,

Special Instructions:  HEAD FREEZE PLUG, OIL PAN

B37FSTC (08/19/2003)

| Work Order# HV49130 | Seg # 02 | Employee Name ERIK ABRAHAMSEN | | Date 5/22/07 | Approved by: | | |
|---|---|---|---|---|---|---|---|
| Customer Name FENDEL | | | | Employee # 4306 | HOPENN | External ✓ | |
| Model 3406 | SMR | | Job Std Hours | | | Internal | |
| Serial # 9WR00833 | | | | | | Expense | |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | | Constr - field | fld | | | | Marine - field | msf | 4½ | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 3:00 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 12:30 | start | | Weld | wld | | | | Instructor | ins | | | |
| 12:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 10:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description: PU ASSEMBLE

Special Instructions:

B37FSTC (06/19/2003)

---

| Work Order# HV49130 | Seg # 01 | Employee Name ERIK ABRAHAMSEN | | Date 5/22/07 | Approved by: | | |
|---|---|---|---|---|---|---|---|
| Customer Name FENDEL | | | | Employee # 4306 | HOPENN | External ✓ | |
| Model 3406 | SMR | | Job Std Hours | | | Internal | |
| Serial # 9WR00833 | | | | | | Expense | |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles 80 | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | | Constr - field | fld | | | | Marine - field | msf | | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | 3½ | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 4:30 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 3:00 | start | | Weld | wld | | | | Instructor | ins | | | |
| 10:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 8:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description: TRAVEL    PORT WASHINGTON

Special Instructions:

B37FSTC (06/19/2003)



| Work Order# HV49130 | Seg # 02 | Employee Name *Testagest* | | Date 5-23-07 | Approved by: | | |
|---|---|---|---|---|---|---|---|
| Customer Name HOLTSVILLE CASH   01424 | | | Employee # 5194 | | | External | ☐ |
| Model 3406 | SMR | | Job Std Hours 3.00 | | H·O·PENN | Internal | ☐ |
| Serial # 09WR00833 | | | | | | Expense | ☐ |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr – shp | shp | | | | Marine – shp | mar | | | |
| | start | | Constr – field | fld | | | | Marine – field | msf | 4½ | | |
| | stop | | Constr – travel | tvl | | | | Marine – travel | mtv | | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 3:00 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 12:30 | start | | Weld | wld | | | | Instructor | ins | | | |
| 12:00 | stop | Other | TE – shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 10:00 | start | | TE – Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG – shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG – travel | epf | | | | Used Parts | up1 | | | |

Segment Description: **TROUBLESHOOT ENGINE**

Special Instructions:

B37FSTC (08/19/2003)

---

| Work Order# HV49130 | Seg # 01 | Employee Name ENIK ABRAHAMSEN | | Date 5/23/07 | Approved by: | | |
|---|---|---|---|---|---|---|---|
| Customer Name Penell | | | Employee # 4306 | | | External | ☐ |
| Model 3406E | SMR 674 | | Job Std Hours | | H·O·PENN | Internal | ☐ |
| Serial # 9wR00833 | | | | | | Expense | ☐ |

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr – shp | shp | | | | Marine – shp | mar | | | |
| | start | | Constr – field | fld | | | | Marine – field | msf | 4½ | | |
| | stop | | Constr – travel | tvl | | | | Marine – travel | mtv | | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 2:00 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 12:30 | start | | Weld | wld | | | | Instructor | ins | | | |
| 12:00 | stop | Other | TE – shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 10:00 | start | | TE – Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG – shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG – travel | epf | | | | Used Parts | up1 | | | |

Segment Description:   STRIP PARTS, REMOVED HEAD

Special Instructions:

B37FSTC (08/19/2003)

| Work Order# HV4930 | Seg # 01 | Employee Name EURIK ABRAHAMSEN | | Date 5/23/07 | Approved by: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Customer Name FENDFILL          Employee # 4306

Model 3406 E   SMR 679   Job Std Hours

Serial # 9wR00 833

External ☑  Internal ☐  Expense ☐

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | 80 | Constr - field | fld | | | | Marine - field | msf | | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | 3½ | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 4.30 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 3.00 | start | | Weld | wld | | | | Instructor | ins | | | |
| 10.00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 8.00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description: TRAVEL POINT WASHINGTON

Special Instructions:

B37FSTC (06/19/2003)

---

| Work Order# HV49130 | Seg # 01 | Employee Name Testagrose | | Date 5-23-07 | Approved by: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Customer Name HOLTSVILLE CASH  01424          Employee # 5194

Model 3406   SMR   Job Std Hours        3.00

Serial # 09WR00833

External ☑  Internal ☐  Expense ☐

| | | Misc Chg Code | Labor Chg Code | Class | RT | OT | DT | Labor Chg Code | Class | RT | OT | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | stop | Veh. Miles | Constr - shp | shp | | | | Marine - shp | mar | | | |
| | start | 80 | Constr - field | fld | | | | Marine - field | msf | | | |
| | stop | | Constr - travel | tvl | | | | Marine - travel | mtv | 3½ | | |
| | start | Tolls | Steam | cln | | | | Marine Commercial | mec | | | |
| 4:30 | stop | | Truck > 30 | ttl | | | | Labor & Fringe | lfb | | | |
| 3:00 | start | | Weld | wld | | | | Instructor | ins | | | |
| 10:00 | stop | Other | TE - shop or tvl | trk | | | | Foreman Allocation | for | | | |
| 8:00 | start | | TE - Field | tsf | | | | NYC | shp | | | |
| | | Other | EPG - shop & field | epg | | | | Compct Const Equip | cce | | | |
| | | | EPG - travel | epf | | | | Used Parts | up1 | | | |

Segment Description: TRAVEL TO/FROM ENGINE

Special Instructions:

B37FSTC (06/19/2003)

To: steve ferdell      From: Mike Hockler      5-21-07 10:19am p. 2 of 2

**H.O.PENN CAT**

## Customer Authorization Form

Customer Name _STEVEN FRIEDEL_ Date _5/21/07_

Vessel Name (if marine) _TABOO_    Contact Name _____

Address _151 E. 58th St._ City _NYC_ State _NY_ Zip _10022_

Phone _516-526-1194_ Fax _516-745-6106_ Equipment Make _CAT_ Model _3406E_

Stbd. Serial # _09WR00833_ Hrs._____ Port Serial # _00824_ Hrs._____

Requested Service _REPAIR_

**Repair Authorization**

Customer hereby authorizes repair work to be performed using the necessary material and hereby grants H.O. Penn Machinery Co., Inc. (H.O. Penn) and its employees permission to operate the equipment for the purpose of testing and/or inspection. An express mechanics lien on the equipment is hereby granted to H.O. Penn to secure payment of any work performed on the equipment. H.O. Penn shall not be responsible for any incidental or consequential damages which are not a direct result of any intentional or negligent act by H.O. Penn, its agents, or representatives.

Labor charges begin upon our technician leaving our facility and will continue through the technician completing the repair and returning to our facility. Hourly labor rates shall be charged in accordance with H.O. Penn's published rates in effect at that time. **All service work performed and parts not covered by warranty are the customer's responsibility.**

Method of Payment (Please select one)

_____ Customer maintains a pre-approved open account line of credit with H.O. Penn and hereby, authorizes H.O. Penn to place all charges thereupon

_____ Customer agrees that they have requested H.O. Penn perform said work on a **CASH/COD basis and agrees that any services performed or purchases made shall be immediately paid for in the form of cash, bank card, or credit card.** Customer acknowledges that H.O. Penn has not extended credit terms. Customer further acknowledges, in the event of incomplete payment or failure to remit good payment, H.O. Penn shall be entitled to a monthly FINANCE CHARGE computed at a PERIODIC RATE of One and a Half Percent (1 ½ %) per month on the unpaid portion of any balance owing as of the previous month. If it should become necessary to hire an attorney to collect any balance owing, H.O. Penn may also recover from Customer its reasonable attorney's fee incurred in connection with the collection of all unpaid amounts, to the extent provided by law. H.O. Penn and Customer hereby agree that 20% of the balance of the principal and Finance Charges outstanding at the time the lawsuit is filed shall be a reasonable attorney's fee.

H.O. Penn requires a 50% deposit on repairs expected to exceed Two Thousand Five Hundred Dollars ($2500.00). The deposit may be paid by: cash, pre-approved check, certified or cashiers check, Visa, MasterCard, American Express, or Discover Card only. **All credit cards will be processed for pre-approval.**

H.O. Penn requires credit card information before work will be started on repairs estimated to be less than Two Thousand Five Hundred Dollars ($2500.00)

The foregoing terms are acknowledged and agreed to by:

Signature _____ Date _5/21/07_

Print Name & Title _STEVEN FRIEDEL — OWNER_

If H.O. Penn accepts payment by credit card and credit card information is obtained by phone/fax, Customer is required to complete the authorization below:

I, _STEVEN FRIEDEL_ authorize H.O. Penn to accept my: ☐ Visa ☒ MasterCard ☐ American Express

Credit Card # _5466 1602 3320 2827_ Exp. Date _6/08_ Signature _____

Print Name (as it appears on the card) _STEVEN FRIEDEL_ Date _5/21/07_

Billing Address _151 E. 58th ST, NYC, NY 10022_

MAY-21-2007 Case 1:06-cv-02029-THK Document 43-25 Filed 06/30/2008 Page 10 of 49 2
TO: steve ferdell
From: Mike Mockler
5-21-07 10:19am p. 1 of 2



# FAX Cover Page

H O Penn Machinery Company, Inc.
660 Union Avenue
Holtsville, NY 11742

## FACSIMILE

FROM:
TO:

| | |
|---|---|
| **Date:** | 5/21/2007 |
| **To:** | steve ferdell — FRIEDEL |
| **From:** | Mike Mockler |
| | P. 631 654-4415 |
| | P. 845-437-4131 |

**Subject:** Customer Responsibility Form2.doc

Please fill out and return
<<Customer Responsibility Form2.doc>>

Please call the originator or regarding any transmission difficulty. The information contained in this facsimile transmission is legally privileged and confidential information intended only for the use of the addressee. If the recipient/reader of this transmission is not the intended addressee, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify us immediately by collect telephone call and return the original transmission to us at the address above by regular mail. Thank you.

FAX TRANSMISSION

## Ethical • Success • Quality • Communication

SALES DRAFT

HO PENN MACHINERY
660 UNION AVE
HOLTSVILLE, NY 11742
TERMINAL 0943109

235171312996
06/20/2007    09:37:54

MC. XXXXXXXXXXXX2827
AUTH. TRANS. ID.  MCULLEEPS
INVOICE     74003 002
AUTH. CODE  060042
AV. CODE    NN

SALE TOTAL               $7498.87

CUSTOMER COPY

**CUSTOMER INVOICE**



# H. O. PENN MACHINERY COMPANY, INC.

| | | |
|---|---|---|
| BLOOMINGBURG, NY | 783 BLOOMINGBURG RD, 12721 | 845-733-6400 |
| BRONX, NY | 699 BRUSH AVENUE, 10465 | 718-863-3800 |
| DANBURY, CT | 30 OLD MILL PLAIN RD, 06810 | 203-798-8644 |
| HOLTSVILLE, NY | 660 UNION AVENUE, 11742 | 631-758-7500 |
| NEWINGTON, CT | 225 RICHARD STREET, 06111 | 860-666-8401 |
| POUGHKEEPSIE, NY | 122 NOXON ROAD, 12603 | 845-452-1200 |



**SOLD TO**

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

**SHIP TO**

*mKc*
*54do-1602-3320-2827*
*Exp 6/08*

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV49130 | 06-18-07 | 01424 | FERDEL | 02 | M | | 1 | 1 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV49130 | 05-14-07 | 10 | 10 | 10 | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

* * *    PROFORMA INVOICE    * * *

DISASSEMBLE ENGINE FOR DAMAGE FOUND FREEZE OUT
PLUGS BLOWN OUT FOUND CYL HEAD CRACKED SUSPECT
BLOCK DAMAGE REMOVE ENGINE FOR REBUILD.

TRAVEL TO/FROM ENGINE

| | | | | | |
|---|---|---|---|---|---|
| 2 | COOLANT1 | SINGLE COOLANT | S | 13.00 | 26.00 |
| | | TOTAL PARTS | SEG. 01 | | 26.00 * |
| | | MAR FIELD LABOR | | | 1301.50 |
| | | MAR TRAVEL LABO | | | 1952.50 |
| | | TOTAL LABOR | SEG. 01 | | 3254.00 * |
| 400.00 | | MILEAGE | | | 1100.00 |
| | | TOTAL MISC CHGS | SEG. 01 | | 1100.00 * |
| | | SEGMENT 01 TOTAL | | | 4380.00 T |

---------------------------------------------------------------------

TROUBLESHOOT ENGINE

| | | | |
|---|---|---|---|
| | MAR SHOP LABOR | | 129.00 |

* - NOT RETURNABLE

**CONT'D**

| INVOICE | CUSTOMER | PAY THIS AMOUNT | CONT'D |
|---|---|---|---|
| HV49130 | 01424 | CREDIT AMOUNT | |

**PAYMENT TERMS:**

| | |
|---|---|
| Parts,Service | Net30 |
| Equipment Sales, Rentals | Net10 |
| Generator Rentals | Net10 |
| Generator Sales | Net10 |

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEPSIE, NY  12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

**CUSTOMER INVOICE**



## H. O. PENN MACHINERY COMPANY, INC.

| | | |
|---|---|---|
| BLOOMINGBURG, NY | 783 BLOOMINGBURG RD, 12721 | 845-733-6400 |
| BRONX, NY | 699 BRUSH AVENUE, 10465 | 718-863-3800 |
| DANBURY, CT | 30 OLD MILL PLAIN RD, 06810 | 203-798-8644 |
| HOLTSVILLE, NY | 660 UNION AVENUE, 11742 | 631-758-7500 |
| NEWINGTON, CT | 225 RICHARD STREET, 06111 | 860-666-8401 |
| POUGHKEEPSIE, NY | 122 NOXON ROAD, 12603 | 845-452-1200 |

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| HV49130 | 06-18-07 | 01424 | FERDEL | 02 | M | | 1 | 2 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| HV49130 | 05-14-07 | 10 | 10 | 10 | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | * * *  PROFORMA INVOICE  * * * | | |
| | | | MAR FIELD LABOR | | 1918.00 |
| | | | SHOP LABOR | | 387.00 |
| | | | TOTAL LABOR     SEG. 02 | | 2434.00 * |
| 1.00 | | | FREIGHT OUT | | 71.04 |
| | | | TOTAL MISC CHGS     SEG. 02 | | 71.04 * |
| | | | SEGMENT 02 TOTAL | | 2505.04 T |
| | | | FUEL SURCHARGE | | 20.00 T |
| | | | SUFFOLK CTY SALE TAX | | 593.83 T |

**DUE TO THE RISING COST OF DIESEL FUEL, H.O. PENN HAS ADDED A $20 FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE, WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

* * *     C A S H     * * *

* - NOT RETURNABLE

7498.87

| INVOICE | CUSTOMER | PAY THIS AMOUNT |
|---|---|---|
| HV49130 | 01424 | 7498.87 |
| | | CREDIT AMOUNT |

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEEPSIE, NY  12602-5307

PAYMENT TERMS:
Parts,Service          Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator  Sales       Net10

Warranty  information  is available  from  your  sales representative.

A  SERVICE  CHARGE  OF  2.0% (NY)  1.5%  (CT)  PER  MONTH WILL  BE  CHARGED  ON  THE UNPAID  BALANCE  IF  NOT PAID  WITHIN  TERMS.

B37FS2 06/17/2005

# WORK ORDER OPEN SUMMARY

## H.O.PENN CAT

**HV49130**
WORK ORDER

| | | | |
|---|---|---|---|
| **A A**<br>MAKE | **01424**<br>CUST NUMB | **HOLTSVILLE CASH ACCT**<br>CUSTOMER NAME | **0**<br>CURRENT SMU |
| ID NUMBER | **3406**<br>MODEL | **09WR00833**<br>SERIAL NUMBER | |

**\*CASH\***
TERMS

TRAVEL TO/FROM ENGINE

Std Hrs 3.00

SEGMENT
01

TROUBLESHOOT ENGINE

Std Hrs 3.00

SEGMENT
02

Cat Electronic Technician 2007A v1.2
Logged Diagnostic Code

5/11/2007 10:54 AM

3406E MAR (9WR00833)

| Parameter | Value |
|---|---|
| Equipment ID | 0000000000000000 |
| Engine Serial Number | 9WR00833 |
| ECM Serial Number | 32180120CG |
| Personality Module Part Number | 1508466-00 |
| Personality Module Release Date | MAY97 |
| Personality Module Code | 40 |

| Code | Description | Occur | First | Last |
|---|---|---|---|---|
| 3406E MAR (9WR00833) - Diagnostic Clock = 674 hours | | | | ✗ |
| 110- 0 ✗ | High Coolant Temperature Warning (61) | 4 | 654 | 674 |
| 111- 1 ✗ | Low Coolant Level Warning (62) | 32 | 634 | 674 |
| 111-11 ✗ | Very Low Coolant Level (62) | 24 | 634 | 674 |
| 110-11 | Very High Coolant Temperature (61) | 2 | 654 | 655 |
| 110- 3 | Coolant Temperature voltage high (27) | 1 | 654 | 654 |

655  o/H

STB

**Cat Electronic Technician 2007A v1.1**
**Logged Diagnostic Codes**

5/11/2007 10:59 AM

3406E MAR (9WR00824)

| Parameter | Value |
|---|---|
| Equipment ID | 0000000000000000 |
| Engine Serial Number | 9WR00824 |
| ECM Serial Number | 31680103CG |
| Personality Module Part Number | 1508466-00 |
| Personality Module Release Date | MAY97 |
| Personality Module Code | 40 |

| Code | Description | Occur | First | Last |
|---|---|---|---|---|
| 3406E MAR (9WR00824) - Diagnostic Clock = 679 hours | | | | |
| 111- 1 | Low Coolant Level Warning (62) | 80 | 134 | 290 |
| 111-11 | Very Low Coolant Level (62) | 48 | 134 | 290 |

Cat Electronic Technician 2007A v1.1
Event Code

5/11/2007 10:56 AM

3406E MAR (9WR00833)

| Parameter | Value |
|---|---|
| Equipment ID | 0000000000000000 |
| Engine Serial Number | 9WR00833 |
| ECM Serial Number | 32180120CG |
| Personality Module Part Number | 1508466-00 |
| Personality Module Release Date | MAY97 |
| Personality Module Code | 40 |

| Code | Description | Occur | First | Last |
|---|---|---|---|---|
| 3406E MAR (9WR00833) - Diagnostic Clock = 674 hours | | | | |
| 110- 0 | High Coolant Temperature Warning (61) | 4 | 654 | 674 |
| 111- 1 | Low Coolant Level Warning (62) | 32 | 634 | 674 |
| 111-11 | Very Low Coolant Level (62) | 24 | 634 | 674 |
| 110-11 | Very High Coolant Temperature (61) | 2 | 654 | 655 |

# H.O. PENN — CAT

## Customer Information

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Avenue
Holtsville
NY                                11742

Phone                    Fax

| Unit Number | 9WR00833 |
| Location | |
| Compartment | COOLANT |
| Job No | HV49130 |

Sample Reading Groups:    Elemental    Physical

### Sample Information

| Lab No | Date Taken | Eval | On Equip | On Oil | Oil Added | Fluid Chg | Filler Chg | Type |
|---|---|---|---|---|---|---|---|---|
| 070515C013 | 5/11/2007 | X | 674 | 19 | | N | N | |

## Evaluation / Recommendation

**Action Required.**

Percent glycol is too low for freeze/boil protection. Drain 1/3 of the sump capacity and refill with coolant concentrate. Add conditioner and resample ASAP

Interpreted by: Heather Hart

### Unit Information

| Equip Make | CAT |
| Equip Model | 3406 - CAT |
| Equip Serial | 9WR00833 |
| Type | Coolant |

### Particle Count ( Parts per Millilitre )

| Lab No | Grade | SCA | Cond | Other | Amount | Odour | MoO4 | NO2 | Glycol | FPoint | BP | pH | Cond | Color | APPE/ | Foam | Oil |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3590 | NONE | - | NORM | 0 | 230 | 8% | +25 | 213 | 8.6 | 3590 | CLEAR | CLEAR | NONE | NONE |

| Compart Make | |
| Compart Model | |
| Compart Serial | |
| Lab No | 070515C013 |

### Fluid Change History

| Lab No | Prec# | Prec# | Prec# | Prec# | Prec |
|---|---|---|---|---|---|
| 070515C013 | NONE | - | - | | |

Printed: 5/16/2007 12:01 PM This report is valid only to the sample indicated on this report. Use this report in conjunction with other maintenance procedures.

S•O•S™ WEAR ANALYSIS REPORT
View your report on-line at www.di.hopennmachinery.com

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Avenue
Holtsville
NY

# H.O. PENN CAT

## Customer Information

- HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Avenue
Holtsville
NY                                    11742

Phone                          Fax

## S•O•S WEAR ANALSIS REPORT
View your report on-line at www.hopennmachinery.com

## Evaluation / Recommendation

Percent glycol is too low for freeze/boil protection. Drain 1/3 of the sump capacity and refill with coolant concentrate. Add conditioner and resample ASAP.

☐ Action Required.                    Interpreted by: Heather Hart

## Unit Information

| | | | |
|---|---|---|---|
| Unit Number | 9WR00833 | Equip Make | CAT | Compart Make | |
| Location | | Equip Model | 3406 - CAT | Compart Model | |
| Compartment | COOLANT | Equip Serial | 9WR00833 | Compart Serial | |
| Job No | HV49130 | Type | Coolant | Lab No | 070515CO13 |

## Sample Reading Groups: ☐ Elemental  ☐ Physical

## Sample Information

| Lab No | Date Taken | Eval | On Equip | On Oil | Oil Added | Fluid Chg | Filter Chg | Type |
|---|---|---|---|---|---|---|---|---|
| 0705515CO13 | 5/11/2007 | X | 674 | 19 | | N | N | |

### Fluid Change History

## Particle Count ( Parts per Millilitre )

| | Grade | SCA | Cond| | Other | Amount | Odour | MoO4 | NO2 | Glycol | FPoint | BP | pH | Cond | Color | APPEA | Foam | Oil |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3590 | NONE | - | NORM | 0 | 230 | 8% | +25 | 213 | 8.6 | 3590 | CLEAR | CLEAR | NONE | NONE |

| Lab No | Preci | Preci | Preci | Preci |
|---|---|---|---|---|
| 0705515CO13 | NONE | - | - | |

| Lab No | Preci | Preci | Preci |
|---|---|---|---|
| 0705515CO13 | - | - | |

Printed: 5/16/2007 9:33 AM This report is valid only to the sample indicated on this report. Use this report in conjunction with other maintenance procedures.

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Avenue
Holtsville
NY    11742

# H.O. PENN CAT

## S•O•S™ WEAR ANALSIS REPORT

View your report on-line at www.ts.hopennmachinery.com

### Customer Information

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Ave
Holtsville
NY                              11742

Phone                Fax

### Evaluation / Recommendation

Action Required.

Moderate amount of foam. This may be due to residual cleaner or a coolant additive. Foam can cause air entrainment which can lead to water pump damage. SCA level is low. Coolant smells burnt. We can not test for salt in coolant. Drain system, flush 3 time with water, refill and resample.

Interpreted by: Heather Hart

### Unit Information

| | | | |
|---|---|---|---|
| Unit Number | 9WR00824 | Compart Make | |
| Location | | Compart Model | |
| Compartment | COOLANT | Compart Serial | |
| Job No | | Lab No | 070515C020 |
| | Equip Make | CAT | |
| | Equip Model | 3406 | |
| | Equip Serial | 9WR00824 | |
| | Type | Coolant | |

### Sample Reading Groups:   Elemental   Physical

### Sample Information

| Lab No | Date Taken | Eval | On Equip | On Oil |
|---|---|---|---|---|
| 070515C020 | 5/11/2007 | X | 679 | 679 |

### Fluid Change History

| Oil Added | Fluid Chg | Filter Chg | Type |
|---|---|---|---|
| - | - | | |

### Particle Count ( Parts per Millilitre )

| Grade | SCA | Cond( | Other | Amoun | Odour | MoO4 | NO2 | Glycol | FPoint | BP | pH | Cond | Color | APPE/ | Foam | Oil |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7840 | NONE | - | BURNT | 0 | 1035 | 43% | -20 | 221 | 7.2 | 8624 | BROW | CLEAR | NONE | NONE |

| Lab No | Preci | Preci | Preci | Preci |
|---|---|---|---|---|
| 070515C020 | NONE | - | - | |

Printed: 5/16/2007 9:10 AM This report is valid only to the sample indicated on this report. Use this report in conjunction with other maintenance procedures.

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Ave
Holtsville
NY                              11742

# H.O. PENN CAT

## Customer Information

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Avehtttsville
NY                    11742

Phone                 Fax

| Unit Number | 9WR00824 |
| Location | |
| Compartment | COOLANT |
| Job No | |

**Sample Reading Groups:** Elemental [ ]  Physical [ ]

### Sample Information

| Lab No | Date Taken | Eval | On Equip | On Oil |
|---|---|---|---|---|
| 0705150020 | 5/11/2007 | X | 679 | 679 |

| Lab No | Prec‖ | Prec‖ | Prec‖ | Prec‖ |
|---|---|---|---|---|
| 0705150020 | NONE | - | - | |

## S•O•S™ WEAR ANALYSIS REPORT
View your report on-line at www.hopennmachinery.com

## Evaluation / Recommendation

Moderate amount of foam. This may be due to residual cleaner or a coolant additive. Foam can cause air entrainment which can lead to water pump damage. SCA level is low. Coolant smells burnt. We can not test for salt in coolant. Drain system, flush 3 time with water, refill and resample.

Action Required.

Interpreted by: Heather Hart

## Unit Information

| Equip Make | CAT |
| Equip Model | 3406 |
| Equip Serial | 9WR00824 |
| Type | Coolant |

Compart Make
Compart Model
Compart Serial
Lab No                070515CO020

### Fluid Change History

| Oil Added | Fluid Chg | Filter Chg | Type |
|---|---|---|---|
| | - | - | |

### Particle Count ( Parts per Millitre )

| Grade | SCA |
|---|---|

| Cond‖ | Other | Amoun | Odour | MoO4 | NO2 | Glycol | FPoint | BP | pH | Cond | Color | APPEA | Foam | Oil |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7840 | NONE | - | BURNT | 0 | 1035 | 43% | -20 | 221 | 7.2 | 8624 | BROW | CLEAR | NONE | NONE |

HOLTSVILLE MARINE
ATTN: HOLTSVILLE MARINE
H.O. Penn Machinery
660 Union Avehtttsville
NY

SERVICE CALL INFORMATION SHEET

CALL REC'D BY_____ DATE_____    TIME_____

CALLER:_____ PHONE # BUS_____

REPRESENTING_____ RES:_____

ADDRESS_____ TAX CODE_____

_____ DELIVERY DATE_____

CUSTOMER? Y/N   WARRANTY? Y/N   ACCT #_____ C/A#_____

CONSTRUCTION_____ TRUCK____ MARINE____ GEN SET____ OTHER____

MAKE_____ MODEL_____ SERIAL #_____

SMR_____ MILEAGE_____ MACHINE ID#_____

MACHINE PRESENT LOCATION_____

_____

PROBLEM DESCRIPTION_____

_____

_____

CALLER REQUESTS:

SHOP SERVICE_____   FIELD SERVICE_____   ESTIMATE_____   INFO_____

MACHINE:   PICKED UP BY_____

           DROPPED OFF BY_____

NOTES:_____

SERVICE CALL INFORMATION SHEET

CALL REC'D BY_____    DATE_____    TIME_____

CALLER:_____    PHONE # BUS:_____

REPRESENTING_____    RES:_____

ADDRESS_____    TAX CODE_____

_____    DELIVERY DATE_____

CUSTOMER? Y/N    WARRANTY? Y/N    ACCT #_____    C/A#_____

CONSTRUCTION_____    TRUCK_____    MARINE_____    GEN SET_____    OTHER_____

MAKE_____    MODEL_____    SERIAL #_____

SMR_____    MILEAGE_____    MACHINE ID#_____

MACHINE PRESENT LOCATION_____

_____

_____

PROBLEM DESCRIPTION_____

_____

_____

_____

CALLER REQUESTS:

SHOP SERVICE_____    FIELD SERVICE_____    ESTIMATE_____    INFO_____

MACHINE:    PICKED UP BY_____

           DROPPED OFF BY_____

NOTES:_____

_____

_____

_____

SERVICE CALL INFORMATION SHEET

CALL REC´D BY_____ DATE_____    TIME_____

CALLER: _____ PHONE # BUS:_____

REPRESENTING _____ *Steven Kandel* _____ RES: _____

ADDRESS _____ *516-586 1194* _____ TAX CODE _____

_____ DELIVERY DATE _____

CUSTOMER? Y/N   WARRANTY? Y/N   ACCT #_____ C/A#_____

CONSTRUCTION_____ TRUCK ___ MARINE ___ GEN SET ___ OTHER ____

MAKE_____ MODEL _____ SERIAL #_____

SMR_____ MILEAGE_____ MACHINE ID#_____

MACHINE PRESENT LOCATION_____

_____

_____

PROBLEM DESCRIPTION ____*_____

_____

_____

CALLER REQUESTS:

SHOP SERVICE_____ FIELD SERVICE_____ ESTIMATE_____ INFO____

MACHINE:   PICKED UP BY_____

           DROPPED OFF BY_____

NOTES: _____

_____

Case 1:08-cv-02029-THK Document 14-2 Filed 06/30/2008 Page 25 of 49
Page 1 of 3

‹ Product: MARINE ENGINE
Model: 3406E MARINE ENGINE 9WR
Configuration: 3406E Marine Engine 9WR00001-UP



RIGHT SIDE VIEW

VIEW A-A

GRAPHIC #1
g00257477

**3406E Marine Engine**
**Media Number - SEBP2555-34**    |    **Publication Date - 01/12/2006**    |    **Date Updated - 22/12/2006**

i02188158

*124-3399* HOUSING & REGULATOR GP
FOR USE WITH HEAT EXCHANGER COOLED ENGINES
AN ATTACHMENT

## ENTIRE GROUP

| Ref. | Qty. | NPR Note | Part No | Part Name |
|------|------|----------|---------|-----------|
| Grp | | NPR | 124-3399 | HOUSING & REGULATOR GP |

## INDIVIDUAL PARTS

| Ref. | Qty. | NPR | Note | Part No | Req. Qty. | Part Name |
|------|------|-----|------|---------|-----------|-----------|
| 1 | | NPR | | 124-3393 | 1 | COVER-WATER PUMP |
| 2 | | NPR | | 124-3402 | 1 | HOUSING |
| 3 | | NPR | E | 5P-0763 | | HOSE (9 CM) |
| 4 | | NPR | | 124-3403 | 1 | BONNET-INLET |
| 5 | | NPR | | 4N-1199 | 2 | CLIP |
| 6 | | NPR | | 4N-6257 | 1 | ADAPTER |
| 7 | | NPR | | 8T-6767 | 1 | PLUG-PIPE |
| 8 | | NPR | | 0L-1351 | 2 | BOLT (3/8-16X0.875-IN) |
| 9 | | NPR | | 5M-2894 | 2 | WASHER-HARD (10.2X18.5X2.5-MM THK) |
| 10 | | NPR | | 109-0077 | 1 | SEAL-O-RING |
| 11 | | NPR | | 0S-1594 | 3 | BOLT (3/8-16X1-IN) |
| 12 | | NPR | | 131-0120 | 1 | BONNET |
| 13 | | NPR | | 7X-7731 | 1 | PLUG-PIPE (3/4-14 NPTF THD) |
| 14 | | NPR | | 0L-2070 | 2 | BOLT (3/8-16X2.25-IN) |
| 15 | | NPR | | 1W-2636 | 1 | GASKET |
| 16 | | NPR | | 124-3401 | 1 | HOUSING |
| 17 | | NPR | | 8T-4983 | 2 | CLAMP-HOSE |
| 18 | | NPR | | 0S-1591 | 4 | BOLT (3/8-16X1.5-IN) |
| 19 | | NPR | | 3E-7430 | 1 | PLUG-PIPE |
| 20 | | NPR | | 124-9052 | 1 | GASKET (TEMPERATURE REGULATOR HOUSING) |
| 21 | | NPR | | 0T-0065 | 2 | BOLT (3/8-16X3.5-IN) |
| 22 | | NPR | | 248-5513 | 1 | REGULATOR-WATER TEMPERATURE (92-DEG C) (COOLANT) |
| 23 | | NPR | | 3S-9643 | 1 | SEAL-LIP TYPE (WATER TEMPERATURE REGULATOR) |
| 24 | | NPR | | 4N-1156 | 1 | GASKET-REGULATOR COVER (TEMPERATURE REGULATOR HOUSING) |
| 25 | | NPR | | 4N-0641 | 1 | GASKET |
| 26 | | NPR | | 1A-2029 | 3 | BOLT (3/8-16X1.125-IN) |
| 27 | | NPR | | 0T-0055 | 1 | BOLT (3/8-16X4.25-IN) |

Key:

E - ORDER BY THE CENTIMETER

| SMCS Codes | | |
|------------|------|--|
| 1355 | 1393 | |

Copyright 1993 - 2007 Caterpillar Inc.
All Rights Reserved.
Private Network For SIS Licensees.

Mon May 14 07:59:42 EDT 2007

# CATERPILLAR®

## SERVICE REPORT

ROUTING

01-084391-11 (3900)

`1`

| DEALER CODE | B373 | STORE NO. | WORK ORDER. | ~~12509~~ HU49130 | SEG. | CUSTOMER NAME | Fenrel |
|---|---|---|---|---|---|---|---|

| DATE | 5/11/07 | EMPLOYEE IDENTIFICATION | 4306 | EQUIPMENT LOCATION | GREAT NECK |
|---|---|---|---|---|---|

| CATERPILLAR MODEL | 3406 | SERIAL NO. | 9WR00833 STD | ☑ IF NON-CAT ☐ | INSTRUCTIONS: |
|---|---|---|---|---|---|

LOSS OF COOLANT

| HOURS | 674 | MILES | | KILOMETERS | |
|---|---|---|---|---|---|

| PART NUMBER RESPONSIBLE | ☑ IF NON-CAT | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | ☑ IF NON-CAT | GROUP NAME | ☑ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |

DESCRIPTION CODES •

A - Structural
B - Surface
C - Leaks
D - Factory Assembly
E - System Malfunction
F - Factory Shipping
G - General Repair
H - Adjustment
K - Serviceability
N - Abuse
X - OPERATION COMPLAINT

| RELATED SERIAL NUMBERS | | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | | COMPONENT | NUMBER | | | • |
| | | VEHICLE CONFIGURATION | | | | | | • |
| | | DELIVERY DATE | | | | DATE OF LAST LABOR | | • |
| | | | | | | | | • |

**WHAT WAS THE CUSTOMERS' COMPLAINT?**  LOSS OF COOLANT

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?**  COOLANT IN OIL PAN

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?**  INSPECT ENGINE - BOLT THAT FELL OUT IS A SAFETY BOLT, IT DOES NOT SEAL ANY PART. COOLANT LOW IN ENGINE VERY LOW. COOLANT IN EXPANSION BOTTLE LOOKS LIKE WATER. OIL LEVEL OVER FULL - ALL COOLANT IS IN THE OIL PAN, TOOK A COOLANT SAMPLE. ~~~~ MANY OVER HEATS IN ECM HISTORY.

**CUSTOMER SIGNATURE**

**SERVICEMAN SIGNATURE**

# CATERPILLAR®

## SERVICE REPORT

01-084391-11 (3900)

ROUTING

| 1 | | |
| --- | --- | --- |

| DEALER CODE | B373 | STORE NO. | WORK ORDER | HU 99130 | SEG. | CUSTOMER NAME | FENDEL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DATE | 5/16/07 | EMPLOYEE IDENTIFICATION | 4306 | | | EQUIPMENT LOCATION | PORT WASHINGTON |
| CATERPILLAR MODEL | 3406 | SERIAL NO. | 9W R00833 STBP | ☐ IF NON-CAT | | INSTRUCTIONS: | LOSS OF COOLANT |
| HOURS | 674 | MILES | | KILOMETERS | | | |

| PART NUMBER RESPONSIBLE | ☐ IF NON-CAT | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | ☐ IF NON-CAT | GROUP NAME | ☐ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |

DESCRIPTION CODES •

A - Structural   C - Leaks   E - System Malfunction   G - General Repair   K - Serviceability   X - OPERATION
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustment   N - Abuse   COMPLAINT

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | • |
| | | | | | | | • |
| | | VEHICLE CONFIGURATION | | | | | • |
| | | | | | | | • |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | |

WHAT WAS THE CUSTOMERS' COMPLAINT?   LOSS OF COOLANT

ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?   ENGINE COOLANT SYSTEM FROZE PUSHING OUT FREEZE OUT PLUGS AND OIL COOLER GOOSENECK HOUSING. I TOOK PICTURES

WHAT WAS THE RESULTANT DAMAGE?   FINISHED DRAINING OIL. REMOVED VALVE COVERS = FOUND A FREEZE OUT PLUG IN THE TOP OF THE HEAD OUT INSTALLED WITH SEALER, OIL COOLER GOOSENECK PUSHED OVER, ADAPTER C HOOKE-P, RETAINING BOLT PULLED THE THREADS OUT, AND LEAKING. REMOUNTED

HOW DID YOU REPAIR IT?   HOUSING WITH NEW SEALS AND BOLT. PRESSURIZED COOLANT SYSTEM - WILL NOT HOLD PRESSURE. REMOVED OIL PAN - WHILE UP BOLTING FOUND A FREEZE OUT PLUG IN THE BOTTOM OF THE JUMBO PUSHED OUT & LEAKING. WITH THE PAN OFF & UPPER PRESSURE I COULD NOT SEE THE LEAK, BUT STILL LOOSING PRESSURE. ENGINE APPEARS TO HAVE FROZEN. WE NEED TO REMOVE AND TEST OIL COOLER AND INSPECT HEAD AFTER REMOVAL.

CUSTOMER SIGNATURE _____

SERVICEMAN SIGNATURE _____

IF COPY OF THIS PAGE IS BEING SENT
TO CATERPILLAR, COMPLETE FOLLOWING   DEALER _____   STORE _____

# CATERPILLAR®

## SERVICE REPORT

ROUTING

01-084391-11 (3900)

| | |
|---|---|
| **1** | |

**DEALER CODE:** B 373  **STORE NO.**  **WORK ORDER:** H U 49130  **SEG.**  **CUSTOMER NAME:** Fendell

**DATE:** 5/22/07  **EMPLOYEE IDENTIFICATION:** 4306  **EQUIPMENT LOCATION:** Pont Washington

**CATERPILLAR MODEL:** B 3406 E  **SERIAL NO.:** 9 w R 00833  ☑ IF NON-CAT ☐  **INSTRUCTIONS:** Dissassemble + Inspect

**HOURS:** 674  **MILES:**  **KILOMETERS:**

| PART NUMBER RESPONSIBLE | ☑ IF NON-CAT | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | ☑ IF NON-CAT | GROUP NAME | ☑ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |

**DESCRIPTION CODES •**
A - Structural  B - Surface  C - Leaks  D - Factory Assembly  E - System Malfunction  F - Factory Shipping  G - General Repair  H - Adjustment  K - Serviceability  N - Abuse  X - OPERATION COMPLAINT

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | • |
| | | VEHICLE CONFIGURATION | | | | | • |
| | | | | | | | • |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | • |

**WHAT WAS THE CUSTOMERS' COMPLAINT?** Water in the oil

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?** Reviewed failure with the insurance rep. Also found the m/g has no oil on the dipstick - suspect a cracked cooler. Started removing parts for head removal.

**CUSTOMER SIGNATURE**

**SERVICEMAN SIGNATURE**

IF COPY OF THIS PAGE IS BEING SENT TO CATERPILLAR, COMPLETE FOLLOWING  **DEALER**  **STORE**



B37FS1

# HV49130

-- H.O. PENN HOLTSVILLE STORE --

W/O: **HV49130**   ***CASH***

5/14/07
8:01:54
Opened  5/14/07

-- Customer Info --

**HOLTSVILLE CASH ACCT**

Cust Agent:
Agent Phone:

-- Additional Info --

**Cust No: 01424**
Overtime Authorized:
To Arrive:      0/00/00
Promised:       0/00/00
Salesman: MIKE
Est by: MIKE
Job Control: MM

-- Equipment --

Make: AA   Model: 3406
S/N: 09WR00833
Smu:     0   Arr#:
Delivery Date:    0/00/00
Cust.Equip No:
Engine / Info:

P/O Required: Y  FERDEL
-- Invoice Options --
         Tx1  Tx2  Tx3  Tx4
          02            Tx5
PCC:10  LCC:10  MCC:10
Charge Codes:

Tax Exempt Lic No:
VAT INVOICE NO:
Labor Invoice Ind: N

Perf Spec: @
Hp:             Arr#:
RPM
Related / Driven:

Cab Type:              Arr#:
Labor Est:         .00

Parts Est:            .00

Misc Est:       .00
Total Est:      .00

Ship To / Mach Loc / Via

Special Instructions

SG OP
ST CC  JOB DESCRIPTION                                              PI                      AMOUNT

01  TRAVEL TO/FROM ENGINE                                                            SEGMENT  01

    FS

    JC  CP  MC  QC  BG  SF  WA  JL  CON           STD HOURS    MECH
    056 1000            S                         3.00

02  TROUBLESHOOT ENGINE                                                              SEGMENT  02

    FS

    JC  CP  MC  QC  BG  SF  WA  JL  CON           STD HOURS    MECH
    035 1000            S                         3.00

THIS UNIT IS NOT ON THE MACHINE POPULATION FILE

**Mike Mockler**

| | |
|---|---|
| **From:** | Bryan Nix |
| **Sent:** | Monday, June 04, 2007 4:08 PM |
| **To:** | Mike Mockler |
| **Subject:** | FW: 3406e Engine Parts/Repair |

-----Original Message-----
From: StevenDFriedel@aol.com [mailto:StevenDFriedel@aol.com]
Sent: Monday, June 04, 2007 3:20 PM
To: Bryan Nix
Cc: farrellmars@optonline.net; stuart.barnhardt@ace-ina.com; Eli54@aol.com;
Sspdiesel@aol.com; Fplauman@aol.com
Subject: 3406e Engine Parts/Repair

Hi Brian-
It is my understanding that your mechanic, Eric removed the following parts for testing:
1: Oil Cooler
2: Water Jacketed After Cooler
3: Turbo Exhaust
4: Transmission Cooler
5: Various Hoses and Fittings

John, at your office, indicated that your testing would be completed today.

Please forward any parts which tested OK to:
Rick Plauman
Great Lakes Diesel
2600 Hamburg Turnpike
Lackawanna, NY  14218

Please let me know the size and weight of the cartons so I that can arrange immediate
pick-up.

Please let me know today which parts failed in testing and please hold those for Insurance
Inspection.

Thank you-
Steven Friedel
516-526-1194


****************************************
See what's free at http://www.aol.com.

1

**Bryan Nix**

| | |
|---|---|
| **From:** | StevenDFriedel@aol.com |
| **Sent:** | Tuesday, June 05, 2007 3:58 PM |
| **To:** | Bryan Nix |
| **Subject:** | Re: Parts |

```
2nd day would be great.
Thank you.
```

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .

UPS BLue CAL

HV49130 - 02

Tracking # 12 FA141902 40701541

71.04

**Bryan Nix**

| | |
|---|---|
| **From:** | StevenDFriedel@aol.com |
| **Sent:** | Monday, June 04, 2007 3:20 P.. |
| **To:** | Bryan Nix |
| **Cc:** | farrellmars@optonline.net; stuart.barnhardt@ace-ina.com; Eli54@aol.com; Sspdiesel@aol.com; Fplauman@aol.com |
| **Subject:** | 3406e Engine Parts/Repair |

Hi Brian-
It is my understanding that your mechanic, Eric removed the following parts for testing:
1: Oil Cooler
2: Water Jacketed After Cooler
3: Turbo Exhaust
4: Transmission Cooler
5: Various Hoses and Fittings

John, at your office, indicated that your testing would be completed today.

Please forward any parts which tested OK to:
Rick Plauman
Great Lakes Diesel
2600 Hamburg Turnpike
Lackawanna, NY  14218

Please let me know the size and weight of the cartons so I that can arrange immediate pick-up.

Please let me know today which parts failed in testing and please hold those for Insurance Inspection.

Thank you-
Steven Friedel
516-526-1194


*************************************
See what's free at http://www.aol.com.

SHIP OUT

1

## Bryan Nix

| | |
|---|---|
| **From:** | StevenDFriedel@aol.com |
| **Sent:** | Tuesday, June 05, 2007 3:15 PM |
| **To:** | Bryan Nix |
| **Cc:** | Fplauman@aol.com; Sspdiesel@aol.com; farrellmars@optonline.net |
| **Subject:** | Parts |

Bryan-
Please send me Tracking Numbers as soon as possible for the parts you shipped to Great
Lakes today.
Thanks-

_____

See what's free at AOL.com <http://www.aol.com?ncid=AOLAOF00020000000503> .

1

**CUSTOMER INVOICE**



## H. O. PENN MACHINERY COMPANY, INC.

| | | |
|---|---|---|
| BLOOMINGBURG, NY | 783 BLOOMINGBURG RD, 12721 | 845-733-6400 |
| BRONX, NY | 699 BRUSH AVENUE, 10465 | 718-863-3800 |
| DANBURY, CT | 30 OLD MILL PLAIN RD, 06810 | 203-798-8644 |
| HOLTSVILLE, NY | 660 UNION AVENUE, 11742 | 631-758-7500 |
| NEWINGTON, CT | 225 RICHARD STREET, 06111 | 860-666-8401 |
| POUGHKEEPSIE, NY | 122 NOXON ROAD, 12603 | 845-452-1200 |

SOLD TO

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

SHIP TO

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO. | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0335623 | 06-20-07 | 01424 | FERDEL | 02 | M | | 1 | 1 |

| PSO/WO NO. | DOC DATE | FC | LC | MC | | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV49130 | 05-14-07 | 10 | 10 | 10 | | | 2367425 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

DISASSEMBLE ENGINE FOR DAMAGE FOUND FREEZE OUT
PLUGS BLOWN OUT FOUND CYL HEAD CRACKED SUSPECT
BLOCK DAMAGE REMOVE ENGINE FOR REBUILD.

TRAVEL TO/FROM ENGINE

| | | | | | |
|---|---|---|---|---|---|
| 2 | COOLANT1 | SINGLE COOLANT | S | 13.00 | 26.00 |
| | | TOTAL PARTS | SEG. 01 | | 26.00 * |
| | | MAR FIELD LABOR | | | 1301.50 |
| | | MAR TRAVEL LABO | | | 1952.50 |
| | | TOTAL LABOR | SEG. 01 | | 3254.00 * |
| 400.00 | | MILEAGE | | | 1100.00 |
| | | TOTAL MISC CHGS | SEG. 01 | | 1100.00 * |
| | | SEGMENT 01 TOTAL | | | 4380.00 T |

-------------------------------------------------------------------------

TROUBLESHOOT ENGINE

| | | |
|---|---|---|
| MAR SHOP LABOR | | 129.00 |
| MAR FIELD LABOR | | 1918.00 |
| SHOP LABOR | | 387.00 |

* - NOT RETURNABLE

**CONT'D**

PAYMENT TERMS:
Parts,Service          Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator Sales        Net10

Warranty information is
available from your sales
representative.

| INVOICE | | CUSTOMER | |
|---|---|---|---|
| WOHE0335623 | | 01424 | |

| PAY THIS AMOUNT | CONT'D |
|---|---|
| CREDIT AMOUNT | |

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEEPSIE, NY 12602-5307

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.



## CUSTOMER INVOICE



# H. O. PENN MACHINERY COMPANY, INC.

| | | |
|---|---|---|
| BLOOMINGBURG, NY | 783 BLOOMINGBURG RD, 12721 | 845-733-6400 |
| BRONX, NY | 699 BRUSH AVENUE, 10465 | 718-863-3800 |
| DANBURY, CT | 30 OLD MILL PLAIN RD, 06810 | 203-798-8644 |
| HOLTSVILLE, NY | 660 UNION AVENUE, 11742 | 631-758-7500 |
| NEWINGTON, CT | 225 RICHARD STREET, 06111 | 860-666-8401 |
| POUGHKEEPSIE, NY | 122 NOXON ROAD, 12603 | 845-452-1200 |

**SOLD TO**

HOLTSVILLE CASH ACCT
HOLTSVILLE
HOLTSVILLE NY 11742

**SHIP TO**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO. | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| WOHE0335623 | 06-20-07 | 01424 | FERDEL | 02 | M | | 1 | 2 |

| PSO/WO NO. | DOC DATE | PC | LC | MC | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|
| HV49130 | 05-14-07 | 10 | 10 | 10 | | | 2367425 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406 | 09WR00833 | | | |

| QUANTITY | ITEM | *N/R* | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | TOTAL LABOR          SEG. 02 | | 2434.00 * |
| 1.00 | | | FREIGHT OUT | | 71.04 |
| | | | TOTAL MISC CHGS     SEG. 02 | | 71.04 * |
| | | | SEGMENT 02 TOTAL | | 2505.04 T |

--------------------------------------------------------------------

| | | |
|---|---|---|
| FUEL SURCHARGE | | 20.00 T |
| SUFFOLK CTY SALE TAX | | 593.83 T |

**DUE TO THE RISING COST OF DIESEL FUEL, H.O. PENN HAS ADDED A $20 FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE, WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

* * *        C A S H        * * *

*pd in fuel 6/30/07*
*c/c*

* - NOT RETURNABLE

7498.87

| | | |
|---|---|---|
| INVOICE  WOHE0335623 | CUSTOMER  01424 | **PAY THIS AMOUNT**  7498.87 |
| | | **CREDIT AMOUNT** |

**PAYMENT TERMS:**

| | |
|---|---|
| Parts,Service | Net30 |
| Equipment Sales, Rentals | Net10 |
| Generator Rentals | Net10 |
| Generator Sales | Net10 |

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
PO Box 5307
POUGHKEEPSIE, NY 12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

**H.O. PENN** CAT

WORK ORDER OPEN SUMMARY

HV49130
WORK ORDER

B37FSS2 06/17/2005

| *CASH* TERMS | A A MAKE | ID NUMBER | 01424 CUST NUMB | 3406 MODEL | HOLTSVILLE CASH ACCT CUSTOMER NAME | 09WR00833 SERIAL NUMBER | 0 CURRENT SMU |

TRAVEL TO/FROM ENGINE

131F300    Std Hrs 3.00    SEGMENT 01

TROUBLESHOOT ENGINE

Std Hrs 3.00    SEGMENT 02

Head
Block

8YY-887-3626

1378969 - 103594.
Blocks

1372112 - 6216.09
Head

Yak

Justin

131F300

None

Short Block
Long Block

# CATERPILLAR®

## SERVICE REPORT

01-084391-11 (3900)

ROUTING

| | |
|---|---|
| | |
| | |
| | |

**1**

| | | | |
|---|---|---|---|
| DEALER CODE: B3T3 | STORE NO. | WORK ORDER: HU49130 | SEG. | CUSTOMER NAME: Fendel |
| DATE: 5/11/07 | EMPLOYEE IDENTIFICATION: 4306 | | EQUIPMENT LOCATION: Great Neck |
| CATERPILLAR MODEL: 3406 | SERIAL NO.: 9WR00824 | ☑ IF NON-CAT POWT | INSTRUCTIONS: Inspect |
| HOURS: 679 | MILES | KILOMETERS | |

| PART NUMBER RESPONSIBLE | ☑ IF NON-CAT | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | ☑ IF NON-CAT | GROUP NAME | ☑ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |

**DESCRIPTION CODES** *    A - Structural    C - Leaks    E - System Malfunction    G - General Repair    K - Serviceability    X - OPERATION
B - Surface    D - Factory Assembly    F - Factory Shipping    H - Adjustment    N - Abuse    COMPLAINT

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | • |
| | | VEHICLE CONFIGURATION | | | | | • |
| | | | | | | | • |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | • |

**WHAT WAS THE CUSTOMERS' COMPLAINT?**

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**

**HOW DID YOU REPAIR IT?** Zincs + plugs - show sign of corrosion, should be replaced. Adjust Alternator belt. Expansion bottle + coolant system - coolant is like mud with an burnt smell. Took a sample.

| CUSTOMER SIGNATURE | SERVICEMAN SIGNATURE |
|---|---|

IF COPY OF THIS PAGE IS BEING SENT    DEALER
TO CATERPILLAR, COMPLETE FOLLOWING                    STORE

# CATERPILLAR®

## SERVICE REPORT

ROUTING

01-084391-11 (3900)

**1**

| DEALER CODE | B373 | STORE NO. | WORK ORDER | Hu49130 | SEG. | CUSTOMER NAME | Fennell |
|---|---|---|---|---|---|---|---|
| DATE | 5/23/07 | EMPLOYEE IDENTIFICATION | 4306 | | | EQUIPMENT LOCATION | Pou T washington |
| CATERPILLAR MODEL | 3406E | SERIAL NO. | 9WR00833 | ☑ IF NON-CAT | | INSTRUCTIONS: Remove Head |
| HOURS | 674 | MILES | | KILOMETERS | | | |

| PART NUMBER RESPONSIBLE | ☑ IF NON-CAT | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | ☑ IF NON-CAT | GROUP NAME | ☑ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | ☐ | | ☐ | |
| | ☐ | | | | | | | ☐ | |

**DESCRIPTION CODES** • A - Structural  B - Surface  C - Leaks  D - Factory Assembly  E - System Malfunction  F - Factory Shipping  G - General Repair  H - Adjustment  K - Serviceability  N - Abuse  X -OPERATION COMPLAINT

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | • |
| | | VEHICLE CONFIGURATION | | | | | • |
| | | | | | | | • |
| | | DELIVERY DATE | | | DATE OF LAST LABOR | | • |

**WHAT WAS THE CUSTOMERS' COMPLAINT?**  water in oil

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?**

**WHAT WAS THE RESULTANT DAMAGE?**  Brought ET G oil + m/g coolers To The shop To Be Tested

**HOW DID YOU REPAIR IT?**  Continued removing parts + head. Found the aftercooler core was leaking raw water / the exhaust manifold is warped - sprung away from the head / 2 more freeze out plugs pushed up in the top of the head, and all plugs behind the ex-man. pushed out / head cracked between the intake valve in #4 cylinder and leaking coolant / some scoring in cylinders - no freeze out plugs in the block

| CUSTOMER SIGNATURE | | SERVICEMAN SIGNATURE | |
|---|---|---|---|

IF COPY OF THIS PAGE IS BEING SENT TO CATERPILLAR, COMPLETE FOLLOWING    DEALER

STORE

BX54435

037fSS1

- H.O. PENN BRONX STORE
. W/O: BX54435    *CASH*

6/25/07
13:23:50
Opened 6/25/07

-- Additional Info --

**Cust No: 10758**
Overtime Authorized:    YES
To Arrive:    0/00/00
Promised:    0/00/00
Salesman:
Est by: KF
Job Control: KF

Tax Exempt Lic No:
VAT INVOICE NO:
Labor Invoice Ind: N

Misc Est:    .00
Total Est:    .00

-- Equipment --

Make: AA    Model: 3406E
S/N: 09WR00083    Arr#:
Smu:    0    Arr#:
Delivery Date:    0/00/00
Cust Equip No:
Engine / Info:

Perf Spec: @
Hp:    RPM    Arr#:
Related / Driven:

Cab Type:    Arr#:
Labor Est:    Arr#:    .00

-- Customer Info--

**BRONX CASH ACCT**

Cust Agent:
Agent Phone:    STEVEN FARROW

P/O Required: Y
-- Invoice Options --
    Tx1  Tx2  Tx3  Tx4  Tx5
    01
PCC:10  LCC:10  MCC:10
Charge Codes:

Parts Est:    .00

Special Instructions

RESET IDLE SPEED TO MATCH PORT ENG
MANHASSET BAY MARINA
STEVEN (516)526-1194
**PAY JOB,COLLECT**

6/25

PI    PI    AMOUNT

SEGMENT 07

Ship To / Mach Loc / Via

SG  OP
ST  CC  JOB DESCRIPTION

07    REPAIR ENGINE

FS

JC  CP  MC  QC  BG  SF  WA  JL  CON
023  1000    S

$:::::$    STD HOURS    MECH

THIS UNIT IS NOT ON THE MACHINE POPULATION FILE

NO PIP/PSP FOR THIS MACHINE

BRyan Nix

631- 758-7558

CROSS

# WORK ORDER OPEN SUMMARY

**H.O.PENN** CAT

**BX54435**
WORK ORDER

B379SS2 06/17/2005

| TERMS | MAKE | ID NUMBER | CUST NUMB | CUSTOMER NAME | MODEL | SERIAL NUMBER | CURRENT SMU |
|-------|------|-----------|-----------|---------------|-------|---------------|-------------|
| *CASH* | A A | | 10758 | BRONX CASH ACCT | 3406E | 09WR00083 | 0 |

REPAIR ENGINE

Std Hrs .00

SEGMENT
07

BXS 4435 7

## MARINE SERVICE

DATE: 6/5

NAME: STEVEN FREDEL

ACCT:

BOAT TYPE: 56' SEARAY

BOAT NAME: TABOO

TIME: 10:00

PHONE: (516) 526 1194

FAX: (516) 745 - 6106

MODEL: 3406

SERIAL: (P) _____ (S) _____

HOURS:

LOCATION: MANHASSET BAY MARINA.

PROBLEM: RESET IDLE SPEED

HAD KCM WORK

PAYMENT:

699 Brush Ave
Bronx, N.Y. 10465
Tel: 718-409-8529
Fax: 718-823-7174
kflanigan@hopennmachinery.com



H. O. Penn Machinery Co., Inc.

# Fax



To: STEVEN                    From: Kevin Flanigan
Fax: (516) 745-6106          Pages: 2
Phone:                        Date: 6/25/07
Re: MARINE SERVICE           CC:

☐ Urgent   ☐ For Review   ☑ Please Reply   ☐ Please Recycle

• Comments

Hourly Rate: $ 137.00        Mileage: $ 3.00 per

Please complete the accompanying authorization form in its
entirety including credit card information. Once complete, fax
it back to me at (718) 823-7174 so we can schedule your service.

Thanks,

Kevin Flanigan



# Customer Authorization Form

**Customer Name** Steven Friedel          **Date** 6/25/07

**Vessel Name (if marine)** TABOO          **Contact Name** Steven Friedel

**Address** 151 E 58th St Apt 39 **City** NY          **State** NY **Zip** 10022

**Phone** 516-526-1194   **Fax** 516-745-6106   **Equipment Make** Seaway **Model** Sedan Bridge 56

**Stbd. Serial #** 09WR0083 **Hrs.** _____   **Port Serial #** 00824 **Hrs.** _____

**Requested Service** Set Stabboard RPM's – ~~set~~ to match port sio

## Repair Authorization

Customer hereby authorizes repair work to be performed using the necessary material and hereby grants H.O. Penn Machinery Co., Inc. (H.O. Penn) and its employees permission to operate the equipment for the purpose of testing and/or inspection. An express mechanics lien on the equipment is hereby granted to H.O. Penn to secure payment of any work performed on the equipment. H.O. Penn shall not be responsible for any incidental or consequential damages which are not a direct result of any intentional or negligent act by H.O. Penn, its agents, or representatives.

Labor charges begin upon our technician leaving our facility and will continue through the technician completing the repair and returning to our facility. Hourly labor rates shall be charged in accordance with H.O. Penn's published rates in effect at that time. **All service work performed and parts not covered by warranty are the customer's responsibility.** Charges may include (but are not limited to): Overtime, Travel Time & Mileage, & Freight.

**Method of Payment (Please select one)**

_____ Customer maintains a pre-approved open account line of credit with H.O. Penn and hereby, authorizes H.O. Penn to place all charges thereupon.

**X** Customer agrees that they have requested H.O. Penn perform said work on a **CASH/COD basis and agrees that any services performed or purchases made shall be immediately paid for in the form of cash, bank card, or credit card.** Customer acknowledges that H.O. Penn has not extended credit terms. Customer further acknowledges, in the event of incomplete payment or failure to remit good payment, H.O. Penn shall be entitled to a monthly FINANCE CHARGE computed at a PERIODIC RATE of One and a Half Percent (1 ½ %) per month on the unpaid portion of any balance owing as of the previous month. If it should become necessary to hire an attorney to collect any balance owing, H.O. Penn may also recover from Customer its reasonable attorney's fee incurred in connection with the collection of all unpaid amounts, to the extent provided by law. H.O. Penn and Customer hereby agree that 20% of the balance of the principal and Finance Charges outstanding at the time the lawsuit is filed shall be a reasonable attorney's fee.

H.O. Penn requires a 50% deposit on repairs expected to exceed Two Thousand Five Hundred Dollars ($2500.00). The deposit may be paid by: cash, pre-approved check, certified or cashiers check, Visa, MasterCard, American Express, or Discover Card only. **All credit cards will be processed for pre-approval.**

H.O. Penn requires credit card information before work will be started on repairs estimated to be less than Two Thousand Five Hundred Dollars ($2500.00)

The foregoing terms are acknowledged and agreed to by:

**Signature** _____   **Date** 6/25/07

**Print Name & Title** Steven Friedel, owner

If H.O. Penn accepts payment by credit card and credit card information is obtained by phone/fax, Customer is required to complete the authorization below:

I, Steven Friedel          authorize H.O. Penn to accept my: ☐ Visa  ☐ MasterCard  ☑ American Express

**Credit Card #** 3715 755063 83001 **CVV#** 9512 **Exp. Date** 10/08 **Signature** _____

**Print Name (as it appears on the card)** STEVEN FRIEDEL          **Date** 6/25/07

**Billing Address** 151 E 58th St NY, NY 10022

TOTAL P.82

# CATERPILLAR

## SERVICE REPORT

01-084391-11 (3900)

**1**

| DEALER CODE | B 375 | STORE NO. | | WORK ORDER | DX-5143J | SEC | 0 | CUSTOMER NAME | Steve Friedel |

| DATE | 6/25/0 | EMPLOYEE IDENTIFICATION | 5147 | EQUIPMENT LOCATION | Manhassett Bay marina |

| CATERPILLAR MODEL | 3406E | SERIAL NO. | WXX XX3 | IF NON-CAT ☐ | INSTRUCTIONS: Set low Idle and check for Codes |

| HOURS | 650 | MILES | | KILOMETERS | |

| PART NUMBER (IF NOT RESPONSIBLE) | PART NAME | QTY. | DESC. CODE | GROUP NUMBER CONTAINING PART | IF NON-CAT | GROUP NAME | ☑ IF MADE PRODUCT INOPERABLE | DESCRIPTIVE COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ | |
| | | | | | | | ☐ | |
| | | | | | | | ☐ | |

**DESCRIPTION CODES** *

A - Structural   C - Leaks   E - System Malfunction   G - General Repair   K - Serviceability   X - OPERATION COMPLAINT
B - Surface   D - Factory Assembly   F - Factory Shipping   H - Adjustment   N - Abuse

| RELATED SERIAL NUMBERS | | | COMPONENT ARRANGEMENT/ TEST/SERIAL NUMBERS | | LABOR CODE | DESCRIPTION | MAN HOURS |
|---|---|---|---|---|---|---|---|
| CATERPILLAR | | OEM PRODUCT | | | | | |
| MODEL | SERIAL NO. | MAKE/MODEL | COMPONENT | NUMBER | | | . |
| | | VEHICLE CONFIGURATION | | | | | . |
| | | DELIVERY DATE | | DATE OF LAST LABOR | | | . |

**WHAT WAS THE CUSTOMERS' COMPLAINT?** AT marina connected E.T Recorded Config. and total. checked low and Idle and

**ADDITIONAL COMMENTS ON THE CAUSE OF FAILURE?** air fuel ration on STB to match PORT Port engine Ran Engines up to high Idle all temps and pressure to Spec. cleaned up and Departed

**WHAT WAS THE RESULTANT DAMAGE?** for Shop

**HOW DID YOU REPAIR IT?**

| CUSTOMER SIGNATURE | | SERVICEMAN SIGNATURE | |
| IF COPY OF THIS PAGE IS BEING SENT TO CATERPILLAR, COMPLETE FOLLOWING   DEALER | | STORE | |



# H. O. PENN MACHINERY COMPANY, INC.

BLOOMINGBURG, NY　　783 BLOOMINGBURG RD, 12721　　845-739-6400
BRONX, NY　　　　　　699 BRUSH AVENUE, 10465　　718-863-3800
DANBURY, CT　　　　　30 OLD MILL PLAIN RD, 06810　203-798-8644
HOLTSVILLE, NY　　　660 UNION AVENUE, 11742　　631-758-7500
NEWINGTON, CT　　　225 RICHARD STREET, 06111　860-666-8401
POUGHKEEPSIE, NY　　122 NOXON ROAD, 12603　　845-452-1200

**SOLD TO**

BRONX CASH ACCT
BRONX
BRONX NY 10465

**SHIP TO**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO. | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV. | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| BX54435 | 06-26-07 | 10758 | STEVEN FRIEDEL | 01 | M | | 1 | 2 |

| PRO/WO NO. | DOC DATE | FC | LC | WO | | SHIP VIA | | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|---|---|
| BX54435 | 06-25-07 | 10 | 10 | 10 | | | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406E | 09WR00083 | | 650.0 | |

| QUANTITY | ITEM | N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

```
* * *     PROFORMA INVOICE     * * *

FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE,
WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

         * * *       C A S H         * * *
```

SALES DRAFT

HO PENN MACHINERY
699 BRUSH AVE
BRONX, NY 10465
TERMINAL 0943110

6314126756
06/26/2007　10:08:46

AIX 371575506383001　EXP. 1008
INVOICE　35005 002*
AUTH. CODE L60628

SALE TOTAL　　　$285.59

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X

MERCHANT COPY

RETURNABLE

| CUSTOMER | | PAY THIS AMOUNT | 285.59 |
|---|---|---|---|
| 54435 | 10758 | | 285.59 |
| | | CREDIT AMOUNT | |

REMIT WITH THIS STUB TO:

. PENN MACHINERY COMPANY, INC.
ox 5307
GHKEEPSIE, NY　12602-5307

A SERVICE CHARGE OF 2.0%
(NY) 1.5% (CT) PER MONTH
WILL BE CHARGED ON THE
UNPAID BALANCE IF NOT
PAID WITHIN TERMS.

## CUSTOMER INVOICE

 **H.O. PENN** [CAT]

# H. O. PENN MACHINERY COMPANY, INC.

| | | |
|---|---|---|
| BLOOMINGBURG, NY | 783 BLOOMINGBURG RD, 12721 | 845-733-6400 |
| BRONX, NY | 699 BRUSH AVENUE, 10465 | 718-863-3800 |
| DANBURY, CT | 30 OLD MILL PLAIN RD, 06810 | 203-798-8644 |
| HOLTSVILLE, NY | 660 UNION AVENUE, 11742 | 631-758-7500 |
| NEWINGTON, CT | 225 RICHARD STREET, 06111 | 860-666-8401 |
| POUGHKEEPSIE, NY | 122 NOXON ROAD, 12603 | 845-452-1200 |

**SOLD TO**

BRONX CASH ACCT
BRONX
BRONX NY 10465

**SHIP TO**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO. | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV. | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| BX54435 | 06-26-07 | 10758 | STEVEN FRIEDEL | 01 | M | | 1 | 1 |

| PSO/WO NO. | DOC DATE | FC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| BX54435 | 06-25-07 | 10 | 10 | 10 | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406E | 09WR00083 | | 650.0 | |

| QUANTITY | ITEM | *N/A | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|

### * * *   PROFORMA INVOICE   * * *

RESET IDLE SPEED TO MATCH PORT ENG
MANHASSET BAY MARINA
STEVEN (516)526-1194
**PAY JOB,COLLECT**

REPAIR ENGINE

| | | |
|---|---|---|
| | MAR FIELD LABOR | 205.50 |
| | TOTAL LABOR      SEG. 07 | 205.50 * |
| 10.00 | MILEAGE | 30.00 |
| 9.00 | TOLLS | 9.00 |
| | TOTAL MISC CHGS    SEG. 07 | 39.00 * |
| | SEGMENT 07 TOTAL | 244.50 T |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| FUEL SURCHARGE | 20.00 T |
| NASSAU COUNTY TAX | 21.09 T |

**DUE TO THE RISING COST OF DIESEL FUEL, H.O. PENN HAS ADDED A $20

* - NOT RETURNABLE

**CONT'D**

| INVOICE | CUSTOMER | PAY THIS AMOUNT | **CONT'D** |
|---|---|---|---|
| BX54435 | 10758 | | |
| | | CREDIT AMOUNT | |

**PAYMENT TERMS:**
Parts,Service             Net30
Equipment Sales, Rentals  Net10
Generator Rentals         Net10
Generator Sales           Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

**H. O. PENN MACHINERY COMPANY, INC.**
**PO Box 5307**
**POUGHKEEPSIE, NY  12602-5307**

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.

**CUSTOMER INVOICE**



## H. O. PENN MACHINERY COMPANY, INC.

| | | |
|---|---|---|
| BLOOMINGBURG, NY | 783 BLOOMINGBURG RD, 12721 | 845-733-6400 |
| BRONX, NY | 699 BRUSH AVENUE, 10465 | 718-863-3800 |
| DANBURY, CT | 30 OLD MILL PLAIN RD, 06810 | 203-798-8644 |
| HOLTSVILLE, NY | 660 UNION AVENUE, 11742 | 631-758-7500 |
| NEWINGTON, CT | 225 RICHARD STREET, 06111 | 860-666-8401 |
| POUGHKEEPSIE, NY | 122 NOXON ROAD, 12603 | 845-452-1200 |

**SOLD TO**

BRONX CASH ACCT
BRONX
BRONX NY 10465

**SHIP TO**

| INVOICE NUMBER | INVOICE DATE | CUSTOMER NO. | CUSTOMER PURCHASE ORDER NUMBER | STORE | DIV | SALESMAN | TERMS | PAGE |
|---|---|---|---|---|---|---|---|---|
| BX54435 | 06-26-07 | 10758 | STEVEN FRIEDEL | 01 | M | | 1 | 2 |

| PSO/WO NO. | DOC. DATE | PC | LC | MC | SHIP VIA | INVOICE SEQ. NO. |
|---|---|---|---|---|---|---|
| BX54435 | 06-25-07 | 10 | 10 | 10 | | 1 |

| MAKE | MODEL | SERIAL NUMBER | EQUIPMENT NUMBER | METER READING | MACH. ID NO. |
|---|---|---|---|---|---|
| AA | 3406E | 09WR00083 | | 650.0 | |

| QUANTITY | ITEM | *N/R | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | | | |

```
         * * *     PROFORMA INVOICE    * * *

FUEL SURCHARGE TO FIELD SERVICE INVOICES. AS MARKET CONDITIONS CHANGE,
WE WILL RE-EVALUATE THE NEED FOR THIS CHARGE.**

         * * *        C A S H         * * *
```

**\* - NOT RETURNABLE**

285.59

| | | |
|---|---|---|
| INVOICE BX54435 | CUSTOMER 10758 | **PAY THIS AMOUNT** 285.59 |
| | | **CREDIT AMOUNT** |

**PAYMENT TERMS:**
Parts,Service          Net30
Equipment Sales, Rentals Net10
Generator Rentals      Net10
Generator Sales        Net10

Warranty information is available from your sales representative.

PLEASE REMIT WITH THIS STUB TO:

## H. O. PENN MACHINERY COMPANY, INC.
PO Box 5307
POUGHKEEPSIE, NY 12602-5307

A SERVICE CHARGE OF 2.0% (NY) 1.5% (CT) PER MONTH WILL BE CHARGED ON THE UNPAID BALANCE IF NOT PAID WITHIN TERMS.



Exhibit C

*Policy corr.*





**ZURICH**

April 10, 2008

CERTIFIED MAIL—RETURN RECEIPT REQUESTED

Weindy Tyler
Assistant Risk & Insurance Manager
H.O. Penn Machinery Co., Inc
122 Noxon Rd
Poughkeepsie, NY  12603

**Zurich North America**

**Claims**

P O Box 905
Newark, NJ
07101-0905

Telephone (800) 255-3612
Fax (973) 394-5262
http://www.zurichna.com

RE:    Claim #:        9440095877-001
       Insured:        H.O. Penn Machinery Co., Inc
       Date of Loss: 05/14/07
       Claimant:       Steven Friedel

Dear Ms. Tyler:

Receipt is acknowledged of the Summons & Complaint filed in United
States District Court, Southern District of New York, in the matter titled:
"Ace American Insurance Company a/s/o Steven and Laurie Friedel v.
H.O. Penn Machinery Company, Inc."; Case Number 08 CV 02929. The
suit papers were received by Zurich American Insurance Company on
March 27, 2008.

Please be advised that H.O. Penn Machinery Co., Inc.'s liability insurance
issued by Zurich American Insurance Company provides no coverage for
the allegations in the lawsuit. Therefore, Zurich American Insurance
Company will neither defend nor indemnify H.O. Penn Machinery Co.,
Inc. in this matter. It is recommended that defense counsel be immediately
retained by H.O. Penn Machinery Co., Inc., at its own expense, to protect
its interests in this matter.

Plaintiff Ace American Insurance Company is seeking reimbursement for
$125,900 to repair a 56' pleasure boat owned by its insureds Steven and
Laurie Friedel.

The boat owners reportedly struck a partly-submerged object in Long
Island Sound, causing an overheating condition that led to H.O. Penn
Machinery Co., Inc.'s being hired to re-build the boat's starboard engine in

April 15, 2008
Page 2

August-September, 2006. The owner and his insurance company claim
that H.O. Penn Machinery Co., Inc.'s work was defective, leading to the
need for a second engine re-build.

The plaintiff's complaint alleges breach of contract, breach of the warranty
of workmanlike performance, negligence, fault, neglect and gross
negligence against H.O. Penn Machinery Co., Inc.

This matter was reported to Zurich for a response under policy GLO-
6510263, effective 4/1/07-08, issued to H.O. Penn Machinery Co., Inc. by
Zurich American Insurance Company.

Under the NEW YORK CHANGES—COMMERCIAL GENERAL
LIABILITY COVERAGE FORM CG 01 63 09 99 that forms a part of the
policy it states:

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

    A. Paragraph 1 Insuring Agreement of Section 1—Coverage A—
       Bodily Injury And Property Damage Liability is replaced by the
       following:

    1. Insuring Agreement

    a. We will pay those sums that the insured becomes legally obligated
       to pay as damages because of "bodily injury" or "property damage"
       to which this insurance applies. We will have the right and duty to
       defend the insured against any "suit" seeking those damages even
       if the allegations of the "suit" are groundless, false or fraudulent.
       However, we will have no duty to defend the insured against any
       "suit" seeking damages for "bodily injury" or "property damage" to
       which this insurance does not apply. We may, at our discretion,
       investigate any "occurrence" and settle any claim or "suit" that
       may result. But:

    (1) The amount we will pay for damages is limited as described in
       Section III—Limits Of Insurance; and

April 1_, _008
Page 3

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments—Coverages A and B.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

    (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;"

    (2) The "bodily injury or "property damage" occurs during the policy period; and

    (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II—Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period...

Under the COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 12 04 it states:

    2.  Exclusions

This insurance does not apply to:

l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

April 15, 2008
Page 4

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

Under SECTION V—DEFINITIONS the policy states:

22. "Your work":

    a. Means:

    (1) Work or operations performed by you or on your behalf; and

    (2) Materials, parts or equipment furnished in connection with such work or operations.

    b. Includes:

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

    (2) The providing of or failure to provide warnings or instructions.

Under 2. Exclusions the policy further states:

This insurance does not apply to:

    c. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

    (1) That the insured would have in the absence of the contract or agreement; or

    (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party a party other than an insured are deemed to be

April 15, ⌐ʝ08
Page 5

damages because of "bodily injury" or "property damage" provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

Under SECTION V—DEFINITIONS the policy states:

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement…"

April 15, 2008
Page 6

Please be advised that the breach of contract allegations in the lawsuit do
not fit the definition of an "insured contract" as defined in the policy and
coverage is therefore not triggered.

Based on the above-cited provisions, policy GLO-6510263, effective
4/1/07-08, issued to H.O. Penn Machinery Co., Inc., provides no coverage
for the allegations in the lawsuit. Therefore, Zurich American Insurance
Company will neither defend nor indemnify H.O. Penn Machinery Co.,
Inc. in this matter. It is again recommended that H.O. Penn Machinery
Co., Inc. immediately retain defense counsel, at its own expense, to protect
its interests in this matter.

Should additional pleadings be received in this matter, please promptly
forward them to Zurich American Insurance Company for a further
coverage review. Thank you for your courtesies in this matter.

Should you wish to take this matter up with the New York Insurance
Department, you may file with the Department either on its website at
www.ins.state.us/complhow.htm or you may write to or visit the
Consumer Services Bureau, New York State Insurance Department, at the
following locations: 25 Beaver Street, New York, NY 10004; One
Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340,
Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court
Street, Buffalo, NY 14202.

Very truly yours,
Zurich American Insurance Company

Stephen Reitzel
CLAIM CASE MANAGER
(973) 394-5251


cc:    Marsh USA
       600 Renaissance Center, Suite 2100
       Detroit, MI 48243-1809

April 15, ─ ─08
Page 7

cc:     Christopher Martin
        Casey & Barnett, LLC
        317 Madison Avenue, 21st floor
        New York, NY  10017







**ZURICH**

March 19, 2008

CERTIFIED MAIL—RETURN RECEIPT REQUESTED

Weindy Tyler
Assistant Risk & Insurance Manager
H.O. Penn Machinery Co Inc
122 Noxon Rd
Poughkeepsie, NY  12603

**Zurich North America**

**Claims**

P O Box 905
Newark, NJ
07101-0905

Telephone (800) 255-3612
Fax (973) 394-5262
http://www.zurichna.com

RE:  Claim #:       9440095877-001
     Insured:       H.O. Penn Machinery Co Inc
     Date of Loss:  05/14/07
     Claimant:      Steven Friedel

Dear Ms. Tyler:

Receipt is acknowledged of the property damage subrogation claim being pursued against H.O. Penn Machinery Co., Inc. by the Indemnity Insurance Co. of America. Reimbursement in the amount of $125,900 is demanded due to damages paid to repair a 56' pleasure boat owned by its insured Steven Friedel.

The boat owner reportedly struck a partly-submerged object in Long Island Sound, causing an overheating condition that led to H.O. Penn Machinery Company's being hired to re-build the boat's starboard engine in August-September, 2006. The owner and his insurance company claim that H.O. Penn's work was defective, leading to the need for a second engine re-build.

This matter was reported to Zurich for a response under policy GLO-6510263, effective 4/1/07-08, issued to H.O. Penn Machinery Co., Inc. by Zurich American Insurance Company. Please be advised that coverage is potentially limited by the following policy provisions.

Under the NEW YORK CHANGES—COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 01 63 09 99 that forms a part of the policy it states:

March 15, 2008
Page 2

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Paragraph 1. Insuring Agreement of Section 1—Coverage A—Bodily Injury And Property Damage Liability is replaced by the following:

1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III—Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments—Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;"

(2) The "bodily injury or "property damage" occurs during the policy period; and

March 1ɔ, 2008
Page 3

> (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II—Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period...

Under the COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 12 04 it states:

> 2. Exclusions

This insurance does not apply to:

l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

Under SECTION V—DEFINITIONS the policy states:

22. "Your work":

> a. Means:

> (1) Work or operations performed by you or on your behalf; and

> (2) Materials, parts or equipment furnished in connection with such work or operations.

March 1   2008
Page 4

   b. Includes:

   (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

   (2) The providing of or failure to provide warnings or instructions.

This shall serve to advise that the undersigned Zurich American Insurance Company hereby reserves its rights under policy GLO-6510263, effective 4/1/07-08, issued to H.O. Penn Machinery Co., Inc. regarding any and all damages, losses, expenses, fees, settlements or judgments arising out of the above claim on the grounds that the policy provides no coverage for damage to your work.

Therefore, all damages for the repair or replacement of the work performed by H.O. Penn Machinery Co., Inc. will be the responsibility of H.O. Penn Machinery Co., Inc. and not Zurich American Insurance Company.

Please be advised that Zurich American Insurance Company will nonetheless continue to investigate this claim. However, by such action or any other activity including the negotiation or settlement of the claim, Zurich American Insurance Company is not deemed to have waived, nor does it intend to waive, any of its rights or defenses under policy GLO-6510263.

Please be advised that Zurich American Insurance Company also reserves its rights to potentially disclaim coverage due to late notice.

Under the COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 that forms a part of policy GLO-6510263 it states:

SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS

   3. Duties In The Event Of Occurrence, Offense, Claim Or Suit

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

March 15, 2008
Page 5

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit;" and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

March 15, 2008
Page 6

Under the NEW YORK CHANGES—COMMERCIAL GENERAL
LIABILITY COVERAGE FORM CG 01 63 09 99 it states:

B.  The following is added as Paragraph e. to the "Duties In The Event
Of Occurrence, Offense, Claim Or Suit:"

e.  Notice given by or on behalf of the injured person or any other
claimant, to any agent of ours in New York State, with particulars
sufficient to identify the insured, shall be considered to be notice to
us.

Zurich American Insurance Company is investigating whether H.O. Penn
Machinery Co., Inc.'s lengthy delay in notifying Zurich of the potential
claim constituted a material breach of the above-quoted policy provisions.
Zurich has no record of this claim having been reported around the time
when the subsequent engine damages were discovered in April, 2007.

Should our investigation indicate that the claim was reported outside of
the allowable time period under New York law, coverage will be denied to
H.O. Penn Machinery Co., Inc. in this matter.

Should you wish to take this matter up with the New York Insurance
Department, you may file with the Department either on its website at
www.ins.state.us/complhow.htm or you may write to or visit the
Consumer Services Bureau, New York State Insurance Department, at the
following locations: 25 Beaver Street, New York, NY 10004; One
Commerce Plaza, Albany, NY 12257; 200 Old Country Road, Suite 340,
Mineola, NY 11501; or Walter J. Mahoney Office Building, 65 Court
Street, Buffalo, NY 14202.

Very truly yours,
Zurich American Insurance Company

Stephen Reitzel
CLAIM CASE MANAGER
(973) 394-5251

March 1_, 2008
Page 7

cc:    Marsh USA
       600 Renaissance Center, Suite 2100
       Detroit, MI 48243-1809

       Christopher Martin
       Casey & Barnett, LLC
       317 Madison Avenue, 21st Floor
       New York, NY 10017