# LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

**VIA FACSIMILE (212) 805-7932**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 07/14/08

July 11, 2008

Honorable Magistrate Judge Katz
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Insurance Company of North America a/s/o Freidel v. H.O. Penn Machinery, Co., Inc.; H.O. Penn Machinery Co., Inc. v. Superior Specialized Services
Docket No.: 08-CV-02929 (SHS) (THK)

Dear Magistrate Judge Katz:

This law firm represents the defendant/third-party plaintiff, H.O. Penn Machinery Company, Inc. with respect to the above-referenced matter.

We write to request an adjournment of the initial conference that is presently scheduled to take place on July 17, 2008, at 2:00 p.m. The reason for our request is to permit the newly added third-party defendant an opportunity to answer and appear before a Scheduling Order is created. We note that the third-party action has been commenced, and we anticipate service of the third-party complaint to be effectuated within the next 10 days.

This is the first application to adjourn this conference. Lastly, I have spoken with plaintiff's counsel, and they consent to this request.

Thank you for your consideration.

Respectfully submitted,

Jason T. Katz, Esq. (4674)
Lewis Johs Avallone Aviles, LLP
Attorneys for Defendant-Third-Party Plaintiff
(631) 755-0101 (phone)
(631) 755-0117 (fax)
JTK/jc

*The initial pretrial conference is adjourned to September 10, 2008 at 10:00 A.M.*

**SO ORDERED**
7/14/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Anne M. Bracken
Mara E. Cella
Christine A. Champey
Lawrence J. Freeze
Erica K. Fugelsang
Christina L. Geraci
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John F. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
James F. Murphy
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shwom
Adam H. Silverstone
Stacey E. Steinberg
Patrick G. Toner
Rebecca K. Vainder

*Counsel*
Mark R. Aledort
Daniel A. Bartoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
Ellen N. Savino
Milton Thurm

**LEWIS ⬛ JOHS**

Lewis Johs Avallone Aviles, LLP

Counsellors at Law

Insurance Co. of North America v. H.O. Penn et al.
July 11, 2008
Page 2

cc:  Christopher Schierloh, Esq.
     Casey & Barnett, LLC
     Attorneys for Plaintiff
     (212) 687-7410 (phone)
     (212) 286-0261 (fax)