UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURANCE COMPANY OF NORTH AMERICA A/S/O
STEVEN AND LAURIE FRIEDEL
-AGAINST-
H.O. PENN MACHINERY COMPANY, INC.
  - against -
H.O. PENN MACHINERY COMPANY, INC.
  -AGAINST-
SUPERIOR SPECIALIZED SERVICES, INC.

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

INDEX #: 08-CV-02929 (SHS) (THK)
DATE FILED: 07/07/2008
ATTORNEY FILE#: 192-1002

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 07/16/2008, 11:43AM at 10A MATINCOCK AVE A/K/A MATINECOCK A/K/A MATINICOCK, PT. WASHINGTON NY, deponent served the within THIRD PARTY SUMMONS IN A CIVIL ACTION & THIRD PARTY COMPLAINT on SUPERIOR SPECIALIZED SERVICES, INC., a third party defendant in the above action.

By delivering to and leaving with CHRIS DUBECKY at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 44   Approximate height 5'07"   Approximate weight 178   Color of skin WHITE   Color of hair BROWN   Other
NY LICENSE PLATE# 42898JV

LEWIS, JOHS,
AVALLONE, AVILES &
KAUFMAN ESQS.
425 BROAD HOLLOW ROAD
MELVILLE, NY 11747-4712
(631)755-0101

TONY CONIGLIARO

Sworn to before me on 07/17/2008
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726